**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 6:18-CR-00016 |
| v. | § |
| | § |
| | § |
| HEON JONG YOO, | § |
| | § |

**EXHIBIT LIST**

| **Pla** | **Dft** | **EXHIBIT** | **MARKED** | **ADMITTED** |
|---|---|---|---|---|
| | 1 | Cognitive Assessment by Wilfred van Gorp, Ph.D., ABPP | X | X |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |