```
           THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF TEXAS
                    TYLER DIVISION

              *  *  *  *  *

UNITED STATES OF AMERICA     *    6:18-MJ-24-JDL
                             *    Tyler, Texas
vs.                          *
                             *    3:42 p.m. - 3:52 p.m.
HEON JONG YOO                *    April 6, 2018

              *  *  *  *  *
```

**INITIAL APPEARANCE ON COMPLAINT**

BEFORE THE HONORABLE JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

```
              *  *  *  *  *
```

Proceedings recorded by electronic sound recording
Transcript produced by transcription service

*GLR TRANSCRIBERS*
9251 Lynne Circle
Orange, Texas 77630 * 409-330-1610

1  **APPEARANCES:**

2  For the United States:

3      MR. L. FRANK COAN, JR.
       **U.S. Attorney's Office (Tyler)**
4      110 N. College, Suite 700
       Tyler, Texas 75702

5  For the Defendant:

6      MR. KENNETH R. 'KEN' HAWK, II
7      **Federal Public Defender**
       110 N. College, Suite 1122
8      Tyler, Texas 75702

9  U.S. Probation:

10     BOBBY LONG

11  Deputy Clerk/ECRO:

12     SHARON BAUM

13

14

15

16

17

18

19

20

21

22

23

24

25

1  **P R O C E E D I N G S**

2  **3:42 P.M. - APRIL 6, 2018**

3      THE COURT:  Ms. Baum, you may call the case.

4      DEPUTY CLERK:  The Court calls Case 6:18-mj-24,

5  *United States of America vs. Heon Jong Yoo.*

6      THE COURT:  All right.  Mr. Yoo, I'm Judge

7  Love, and let me advise you that this proceeding is an

8  Initial Appearance pursuant to Rule 5 of the Federal

9  Rules of Criminal Procedure.

10      Now, Mr. Yoo, do you understand you've

11  been charged here in a Complaint with violating a

12  criminal law?

13      DEFENDANT YOO:  Yes, sir.

14      THE COURT:  All right, I'm going to place you

15  under oath so I can ask you some additional questions

16  about this.  So, if you would please raise your right

17  hand, Ms. Baum will swear you in.

18      DEPUTY CLERK:  Do you solemnly swear the

19  testimony you will give in this case now in hearing

20  will be the truth, the whole truth, and nothing but the

21  truth, so help you God?

22      DEFENDANT YOO:  Yes, sir -- yes, ma'am.

23      THE COURT:  All right, Mr. Yoo, I'm going to

24  ask you a few questions now that deal with your

25  background, and so I'd like for you to first tell me

1 | your full name.

2 | DEFENDANT YOO:  H-e-o-n J-o-n-g Y-o-o.  Heon

3 | Jong Yoo.

4 | THE COURT:  And how old are you?

5 | DEFENDANT YOO:  24.

6 | THE COURT:  And how far did you go in school?

7 | DEFENDANT YOO:  I am currently a late junior

8 | going on junior in university.

9 | THE COURT:  All right.  And any severe

10 | physical pain or illness that you're going through

11 | today?

12 | DEFENDANT YOO:  No, sir.

13 | THE COURT:  Ever been treated for any mental

14 | illness?

15 | DEFENDANT YOO:  No, sir.

16 | THE COURT:  Feeling so far like you understand

17 | what's going on and why you're here?

18 | DEFENDANT YOO:  Yes, sir.

19 | THE COURT:  In general?  Okay.  Well, if you

20 | feel like you need further explanations as we go

21 | through these proceedings today, you can let me know

22 | and ask a question, I'll try to answer it, or I can let

23 | you privately consult with Mr. Hawk there who's

24 | standing with you at the podium.  Okay?

25 | DEFENDANT YOO:  Yes, sir.

1          THE COURT:  Now, Mr. Yoo, do you have a copy

2    of the Complaint?

3          DEFENDANT YOO:  No, sir.  Oh, yeah, yes, sir.

4          THE COURT:  You do?  All right.

5              Now, the purpose of the Initial Appearance

6    we're having today is -- there are three reasons for

7    it:  I want to make sure you know and understand what

8    you're charged with in the Complaint, I want to advise

9    you of your rights with regard to the charge, and I

10   want to also consider the matter of detention.  You

11   are not required to make any statement concerning the

12   charge, but anything you say about the charge can be

13   used against you in a court of law.

14         DEFENDANT YOO:  Yes, sir.

15         THE COURT:  Do you understand your right to

16   remain silent?

17         DEFENDANT YOO:  Yes, sir.

18         THE COURT:  You are also entitled to an

19   attorney of your choice to represent you.  But if you

20   can't afford an attorney, I can appoint one for you.

21   Would you like to see if you qualify for the Court to

22   appoint you an attorney?

23         DEFENDANT YOO:  Yes, sir.

24         THE COURT:  All right, well, I need to ask

25   you, then, some questions that deal with your financial

1  situation.

2          DEFENDANT YOO:  Yes, sir.

3          THE COURT:  First, if you could tell me

4  whether you're presently employed?

5          DEFENDANT YOO:  Yes, sir.  I drive for Lyft

6  Transportation.

7          THE COURT:  All right.  Now, can you give me

8  an idea of how much money you're earning in a week or

9  monthly, however it's easiest to calculate?

10          DEFENDANT YOO:  I would say around $800 per

11  month from Lyft.  It's not that big.

12          THE COURT:  All right.  Well, have you saved

13  up any money in the bank or at home?

14          DEFENDANT YOO:  I saved over -- I saved up

15  around 400 to 500.

16          THE COURT:  All right, 400 to 500?

17          DEFENDANT YOO:  Yes, sir.

18          THE COURT:  Well, do you -- so I assume you

19  own a vehicle; correct?

20          DEFENDANT YOO:  I do.

21          THE COURT:  Okay.  Is it the only vehicle you

22  own?

23          DEFENDANT YOO:  Yes, sir.

24          THE COURT:  And what would you say that

25  vehicle was worth, if you can just give me a ballpark

1   figure?

2          DEFENDANT YOO:  Like 11,000.

3          THE COURT:  Okay.  What about any real

4   property that you own, such as a house or any land?

5          DEFENDANT YOO:  I would say around 20,000.

6          THE COURT:  What do you own?

7          DEFENDANT YOO:  Total.  Oh, real property.

8          THE COURT:  Do you own a house?

9          DEFENDANT YOO:  None at the moment, sir.

10         THE COURT:  I'm sorry?

11         DEFENDANT YOO:  None at the moment.

12         THE COURT:  All right.  Well, you mentioned,

13  so I want to ask you as well about any personal

14  property that you own.  Now, you mentioned something, I

15  think, about 20,000.  Is that what you're referring to?

16         DEFENDANT YOO:  Around there, sir.

17         THE COURT:  And what would that consist of?

18         DEFENDANT YOO:  Computer, firearms.

19         THE COURT:  A computer and what?

20         DEFENDANT YOO:  Guns.

21         THE COURT:  Guns?

22         DEFENDANT YOO:  Firearms.  And also clothing.

23         THE COURT:  All right.  I'm going to find that

24  you do qualify.  I'm going to appoint -- qualify for

25  court appointed counsel.  I'm going to appoint

1  Mr. Hawk, who is standing there with you at the podium,

2  as your attorney in this case, okay?

3         DEFENDANT YOO:  Yes, sir.

4         THE COURT:  All right.  At this time I'd like

5  an announcement from the Government, please.

6         MR. COAN:  Your Honor, Frank Coan for the

7  United States.

8         THE COURT:  All right, Mr. Coan, if you would

9  advise the defendant what he's been charged with in

10  this Complaint and the penalty range.

11         MR. COAN:  Yes, Your Honor.  The defendant

12  has been charged by way of a Criminal Complaint with

13  violations of Title 18, United States Code, Sections

14  922(a)(6) and 924(a)(1)(A).  The penalty ranges are as

15  follows:

16         For a violation of 922(a)(6), imprisonment

17  for not more than 10 years, a fine of not more than

18  $250,000, a term of supervised release of not more than

19  three years, and a Special Assessment of $100.

20         For a violation of Title 18, United States

21  Code, Section 924(a)(1)(A), the penalty range is

22  imprisonment for up to five years, a fine of not more

23  than $250,000, and supervised release for not more than

24  three years.

25         DEFENDANT YOO:  So I currently have two

1  charges?

2        *[Pause - Defendant speaking with counsel]*

3        THE COURT:  All right, thank you, Mr. Coan.

4        Now, Mr. Yoo, I can also have the

5  Government read this Complaint to you word for word or

6  you can waive the reading of it if you feel like you

7  don't need it read.

8        MR. HAWK:  We'll waive the formal reading.

9        THE COURT:  All right.  Mr. Coan, at this

10  time -- well, if you would, first of all, Mr. Coan, if

11  you would advise me of when the defendant came into

12  custody on this Complaint.

13        MR. COAN:  Your Honor, the defendant was

14  arrested pursuant to a Federal Arrest Warrant today,

15  which is April 6, 2018.

16        THE COURT:  All right, thank you.  And does

17  the Government have a Motion for Detention?

18        MR. COAN:  Yes, Your Honor.

19        THE COURT:  All right.  Mr. Yoo, I'm going to

20  ask you and Mr. Hawk about the Government's Motion for

21  Detention here.  But before I do that, I do want to

22  also raise the issue of the fact that we're here today

23  on a Criminal Complaint and therefore you have the

24  right to a Preliminary Examination if you desire one;

25  now, the purpose of which being to determine whether

1    there is probable cause to believe a crime was

2    committed and that you committed that crime.

3            Now, Mr. Hawk, I believe I've been

4    provided information that your desire is to have a

5    hearing on the Government's motion, as well as a

6    Preliminary Hearing?

7        MR. HAWK:  Yes, we'd resist the Motion for

8    Detention, Your Honor, as well as request a Preliminary

9    Hearing.

10       THE COURT:  All right.  In that case, I will

11   set this matter, Preliminary and Detention motion, for

12   April 12th at 10:00 a.m.  So, again, April 12th at

13   10:00 a.m., Preliminary Hearing and Detention Hearing.

14   Now, Mr. Yoo, let me tell you a couple of things about

15   this.

16           One, I'm going to sign an order which is

17   going to temporarily detain you on the Government's

18   Motion to Detain until I can have a hearing on this and

19   determine the Government's motion, and that's set for

20   next week, the 12th, I mentioned at 10:00 a.m.

21           In the meantime, an officer from Pretrial

22   Services with the United States Probation Office, will

23   probably want to come visit with you and they're going

24   to want to talk with you about the Government's motion.

25   My advice, be cooperative and truthful with them.  You

1  don't have to talk about your case, but they want to

2  talk about the Government's motion to detain you on

3  these charges.  And Mr. Hawk can help you with all of

4  that process.  Okay?

5          DEFENDANT YOO:  Yes, sir.

6          THE COURT:  All right, I believe that's all I

7  have at this time.  Anything further from the

8  Government?

9          MR. COAN:  Your Honor, this Criminal Complaint

10  was filed under seal.  A courtesy copy of the Complaint

11  and supporting affidavits provided to the defense

12  counsel.  Notwithstanding that, the Government would

13  ask that the Complaint and its supporting affidavit be

14  maintained under seal for the time being.

15          THE COURT:  All right, Mr. Hawk, anything the

16  defendant would like to add on that?

17          MR. HAWK:  Under the law, Your Honor, that's

18  appropriate.

19          THE COURT:  All right.

20          DEFENDANT YOO:  Yes, sir.

21          THE COURT:  All right.  The Court will

22  maintain the Complaint and supporting affidavit under

23  seal.  However, as noted for the record, it has been

24  provided, both of those things, to the defendant in

25  this matter.

```
 1            Anything further from the defendant?
 2         MR. HAWK:  One quick question, Judge.
 3         [Counsel conferring with defendant]
 4            No, Your Honor, in talking to the
 5  defendant.
 6         THE COURT:  All right, thank you.  The
 7  defendant is remanded at this time to the custody of
 8  the United States Marshals and we are adjourned.
 9         [3:52 p.m. - Proceedings adjourned]
10
11            C E R T I F I C A T I O N
12
13     I certify that the foregoing is a correct
14  transcript of the electronic sound recording of the
15  proceedings in the above-entitled matter.
16
17
18  /s/ Gwen Reed
19  8-14-18
20
21
22
23
24
25
```