# INDICTMENT

241-0072-17

| THE STATE OF TEXAS | IN THE 241ST DISTRICT COURT |
| VS. | OF |
| HEON YOO | SMITH COUNTY, TEXAS |

Charge: Aggravated Assault With a Deadly Weapon

Article: 22.02   Control #: 16-05326

1315000S F2

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURORS, duly selected, organized, sworn and impaneled as such for the County of Smith, State of Texas, at the January-June Term, 2017, of the 241ST Judicial District Court in and for said County, a quorum thereof being present, upon their oaths present in and to said Court, that on or about the 2nd day of December, 2016, and anterior to the presentment of this Indictment, in the County of Smith and State of Texas, HEON YOO did then and there then and there intentionally and knowingly threaten Deril Franklin with imminent bodily injury by pointing a firearm at Deril Franklin, and did then and there use or exhibit a deadly weapon, to-wit: firearm, during the commission of the assault;

And it is further presented that the defendant used or exhibited a deadly weapon, to-wit: a firearm, during the commission of or immediate flight from said offense;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_Thomas West_
Foreman of the Grand Jury

FILED
JAN 26 2017
CLERK, 241st JUD. DIST. CT., SMITH CO., TX
BY _____ DEPUTY

Original- Pink        State's Copy- Green        Defendant's Copy- Canary

THE STATE OF TEXAS
COUNTY OF SMITH

    I, Lois Rogers, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. _____, of the State of Texas vs _____ as now on file in this office.
    IN TESTIMONY WHEREOF I hereto set my hand and seal, this _____ day of _____, A.D. 20_____.

LOIS ROGERS
Clerk of the District Court
Smith County, Texas

By_____
        Deputy

---

NO. _____

THE STATE OF TEXAS
VS

INDICTMENT

OFFENSE

D. Matt Bingham
Criminal District Attorney
Smith County, Texas

A TRUE BILL

Foreman of the Grand Jury

AMOUNT OF BAIL: $ 40,000.00
File this \_\_\_\_\_ day of \_\_\_\_\_
20\_\_\_

LOIS ROGERS
Clerk of the District Court
Smith County, Texas

BY: _____
    Deputy

WITNESSES