INDICTMENT    241-0576-17

| THE STATE OF TEXAS | IN THE 241ST DISTRICT COURT |
|---|---|
| VS. | OF |
| HEON YOO | SMITH COUNTY, TEXAS |

Charge: Aggravated Assault With a Deadly Weapon    Article: 22.02 Control #: 17-01688

1315000S F2

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

THE GRAND JURORS, duly selected, organized, sworn and impaneled as such for the County of Smith, State of Texas, at the January-June Term, 2017, of the 241ST Judicial District Court in and for said County, a quorum thereof being present, upon their oaths present in and to said Court, that on or about the 2nd day of December, 2016, and anterior to the presentment of this Indictment, in the County of Smith and State of Texas, HEON YOO did then and there intentionally and knowingly threaten Deril Elder with imminent bodily injury by pointing a firearm at Deril Elder, and did then and there use or exhibit a deadly weapon, to-wit: firearm, during the commission of the assault;

And it is further presented that the defendant used or exhibited a deadly weapon, to-wit: a firearm, during the commission of or immediate flight from said offense;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

*Thomas West*

Foreman of the Grand Jury

FILED
APR 20 2017
BOB ROGERS
CLERK, 241st JUD. DIST COURT, SMITH CO., TX
BY _____ DEPUTY

Original- Pink    State's Copy- Green    Defendant's Copy- Canary

**THE STATE OF TEXAS**
**COUNTY OF SMITH**

    I, Lois Rogers, Clerk of the District Court within and for the County and State aforesaid, do hereby certify that the foregoing contains a true and correct copy of the Indictment in Cause No. _____, of the State of Texas vs _____ as now on file in this office.

    IN TESTIMONY WHEREOF I hereto set my hand and seal, this _____ day of _____, A.D. 20_____.

                                                                **LOIS ROGERS**
By_____        Clerk of the District Court
             Deputy                              Smith County, Texas

---

*[Sideways printing at bottom of page:]*

NO. _____

THE STATE OF TEXAS
VS

**INDICTMENT**

OFFENSE

D. Matt Bingham
Criminal District Attorney
Smith County, Texas

A TRUE BILL

_____
Foreman of the Grand Jury

AMOUNT OF BAIL: $ _____
File this _____ day of
20_____

_____
LOIS ROGERS
Clerk of the District Court
Smith County, Texas

BY: _____
              Deputy

WITNESSES