Cause Number 241-0072-17

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 241st JUDICIAL |
| VS. | § | DISTRICT COURT |
| HEON YOO | § | SMITH COUNTY, TEXAS |

Aggravated Assault with a Deadly Weapon (F2)

**FILED MAY 01 2017** LOIS ROGERS DIST. COURT, SMITH CO., TX

## STATE'S MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

Comes now the State, by and through her representative, Lucas Machicek, Assistant Criminal District Attorney of Smith County, Texas, in the above styled and numbered cause and requests that in the interest of justice this case be dismissed.

While there was sufficient probable cause at the time of arrest and charge of the Defendant for this offense, it is the State's position that the interests of justice and judicial economy would best be served if this charge is dismissed without prejudice. This Defendant has been indicted for the Second Degree Felony offense of Aggravated Assault in cause number 241-0576-17 arising out of the same circumstances underlying this case.

THEREFORE, the State respectfully requests that this case be DISMISSED WITHOUT PREJUDICE.

Respectfully submitted,

_____
LUCAS MACHICEK
Assistant Criminal District Attorney

_____
SMITH COUNTY DISTRICT ATTORNEY
or ASSISTANT DISTRICT ATTORNEY

## ORDER OF DISMISSAL

On this day came to be considered the Motion to Dismiss of the State's Attorney filed herein, and the Court is satisfied that the reasons so stated are good and sufficient to authorize such dismissal. It is therefore ORDERED ADJUDGED AND DECREED that this action be DISMISSED WITHOUT PREJUDICE.

Signed on the 1st day of May, 2017.

_____
HONORABLE JACK SKEEN, JR
DISTRICT JUDGE 241st JUDICIAL
DISTRICT COURT, SMITH COUNTY

**FILED MAY 01 2017 CLERK, 241st BY**