IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | CAUSE NO. 6:18CR16 |
| HEON JONG YOO | § | |

## ORDER

Before the Court is Defendant's Request for Copy of Detention Hearing Transcript (Docket No. 131). Having considered the request, the Court hereby **GRANTS** said request.

**SIGNED this 11th day of October, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE