# AFFIDAVIT

STATE OF TEXAS §
§
COUNTY OF SMITH §

    Before Me, the undersigned authority, on this day personally appeared Tina Simmons, who states that, who after being sworn, states under oath the following:

    My name is Tina Simmons, I am over the age of 18 and have never been convicted of a felony. I am the office manager at 1ˢᵗ Choice Bail Bonds. Heon Jong Yoo was out on bond from December 5, 2016 until August 16, 2017 on a charge of aggravated assault out of Smith County, Texas. under our bond. As a condition of our bond, Yoo was to report weekly. Mr. Yoo reported religiously as directed either in person or by telephone.

*Tina R. Simmons*

Affiant

    SUBSCRIBED AND SWORN TO BEFORE ME on this the 11th day of October, 2018, to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

CHRISTIE BLAND
My Notary ID # 10943394
Expires August 13, 2021