In the US District Court For East Texas Tyler Division
USA
v.
You

6:18-CR-16

Formal Objection

On 2018/1004, the accused received the order Document 111 and 113, which were filed on 2018/1002, signed by Judge Mitchell. It is stated "Court granted request by the government to unseal the Grand Jury testamony, the search warrant and application..." on Doc.111.

On Doc 113, however, it is stated that "the defendant shall be prohibited from disclosing or distributing to any third party the search warrant and application."

The accused formally objects this order/ruling of being prohibited from disclosing or distributing to any third party, and finds this ruling an abuse of discretion and criminal conspiracy.

Hank You
2018/1006

Hank Yoo Gilly-CR-16
101 E Mctuvin St
Longview TX 75601

Contains 2 filings

US District Court
211 W Ferguson St
Tyler TX 75702

Sent 2018/1007

