In the US District Court For East TX Tyler Division

USA
v. Yoo

6:18-CR-16

CLERK, U.S. DISTRICT COURT RECEIVED OCT 11 2018 EASTERN DIST. OF TEXAS

Emergency Motion.
Motion to compel disclosure
Grand Jury Records 20180919-20180920.

On 20181002, K. Nicole Mitchell granted the defendant's motion to disclose Grand jury testamony. On the same day, Coan disclosed Grand Jury testamony of SA James Reed for indictment that occurred on 20180418, of 5 counts of §924(a)(1)(A) and 2 counts of §922(a)(6).

Coan, however, did not disclose any grand jury proceeding for the superceding indictments of 7 counts of §924(a)(1)(A) and §922(g)(4).

On 20181005, the defendant received the grand jury testamony transcript of 20180418 from Coan. The defendant discovered that Reed had failed to clearly define and misled the jury on the "Informations required to be kept by FFL Records" and also did not state the codes §924(a)(1)(A) and §922(a)(6) themselves. Coan and jury members were also highly incompetent.

The defendant suspects that the grand jury proceeding for the superceding indictment to be highly defective due to ① credibility of the prosecution based on numerous perjury committed by Coan and his co-conspirators,

also the complete incompetency demonstrated by the grand jury on 20180418. The defendant suspects that there had been several misleading information submitted to the grand jury, just like the hearing on 20180418, such as the difference between temporary confinement v. Formal Commitment (Addington v. Texas).

The defendant respectfully requests the court to compel Coan to disclose grand jury proceeding for the superceding Indictment. 20180919-20180920.

(Pursuant to FCR Rule 6(e)(3)(E)(ii).)

(Reference Malicious Prosecution Motion, motion to sanction, and other previous motion)

Hank Yoo
20181006

Hank Yoo 6:18-CR-16
101 E Methvin St
Longview TX 75601

US District Court
211 W Ferguson St
Tyler TX 75702

