In the US District Court For East Tx Tyler Division

USA
v.
Yoo

6:18-CR-16

## Notice of correction of errors.

The accused, pro-se, Hank Yoo, respectfully notifies the court of correction of a harmless errors pursuant to FCR Rule 52(a).

On page 3 of the ATF form 4473 (Revised Oct 2016) on Notices, Instructions, and Definition section, it states "If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records."

On 20180925, Coan sent all 7 ATF forms 4473s in relation to the defendant's indictment. On those forms, the defendant discovered some errors on 3 forms that were not in the indictment nor the superceding indictment, and made necessary corrections to it pursuant to the rules and procedure described above.

The defendant did not amend [nor correct] the citizenship status nor anything that was mentioned in the indictment on 20180418 or the superceding indictment on 20180920.

The defendant also sent the revised photocopy to the Academy Sports store 48 at 8668 S Broadway Ave Tyler TX 75703 and Cash America Pawn of Tyler #3 at 2013 W Southwest Loop323, Tyler TX 75701, respectively on this day. (20181006) so they can be kept with the original forms

Thank You
20181006