In the U.S. District Court for East Texas Division

USA V. Yoo

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 2 2 2018
EASTERN DIST. OF TEXAS

6:18-CR-16

Official Notice to the Court.

The accused respectfully notifies the court that any and all motions that the accused files ~~mentioning~~ any and all hinderance and impediment to his ability to adequately represent himself MUST NOT be confused with the accused forfeiting his right to self representation.

The accused plans to proceed pro-se through remaining pre-trial, trial, and appellate phase (if necessary). It is the accused's constitutional right to represent himself.

The accused is knowingly and intelligently excercising his right to self representation, and will continue to do so.

2018/10/17

Hank Yoo