In the US District Court
USA v. You

[STAMP: CLERK, U.S. DISTRICT COURT RECEIVED OCT 22 2018 EASTERN DIST. OF TEXAS]

6:18-CR-16

Re: response to motion to strike criminal complaint/affidavit.

The accused is not pointing out insufficiency. The criminal complaint/Affidavit along with grand jury testimony of SA Reed were not honest mistake. They were deliberate attempts of the BATFE and the prosecution to mislead the court through misrepresentation of the law.

SA Reed is either grossly incompetent or malicious, and either way, it was a prosecutorial duty of Coan to correct such blatant errors, but instead he collaborated.

Coan is trying to defraud the court and deflect from criminal conspiracy.

Coan's main argument is that the accused had already been indicted by the grand jury. Through examining criminal complaint, affidavit, and grand jury testimony, however, this indictment is a severe misrepresentation of the law and also neither the prosecution nor the ATF has any credibility. The indictment should not have happened in the first place. Or better, The accused should not have been arrested in the first place.

The misleading and frivolous criminal affidavit is the root of this bogus case and it must be stricken.

2018/10/18  Hank You