In the US District Court Eastern Tx Tyler Division

USA v. Yoo

6:18-CR-16.

Subpoena.

CLERK, U.S. DISTRICT COURT RECEIVED OCT 22 2018 EASTERN DIST. OF TEXAS

The accused respectfully requests the court to subpoena the names and badge numbers of people responsible for 2 fraudulent and unlawful NICS entries NRI1630406673 and NRI1726660288, which caused undue burden and irreparable harm to the accused.

Name and badge numbers of everyone who is responsible for these two entries and their direct superiors.

2018/10/18.