In the [...] District Court, Tyler [...] TX [...] Division

USA V. Yoo

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 25 2018
EASTERN DIST. OF TEXAS

6:18 - CR-16

Notice of Change of plea

The accused changes his plea from not guilty to innocent, knowingly and voluntarily.

The definitions are as follows.
Not guilty = Not enough evidence to ~~prove~~ move jurors beyond reasonable doubt.
Innocent = Free of crime.

                           hereby
The accused also ✓ maintains his presumption of innocence rights. ~~[scribble]~~ (Reference the 5ᵗʰ Amendment of the US Constitution)

[signature]

2018 10 23   Hank Yoo



Barn Swallow

SHREVEPORT LA 710

23 OCT 2018 PM 3

FOREVER
USA

US District Court.
211 W Ferguson St
Tyler TX 75702

Hank Yoo   6:18-CR-16
101 E Methvin St
Longview TX 75601



CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 25 2018
EASTERN DIST. OF TEXAS