In the US District Court for East TX  Tyler Division

USA V. Yoo  |  6:18-CR

Correction of error ; Motion to sanction, notice of perjury.

Hank Yoo
2018/10/23

The code 8 USC §1326(b)(2) is a penalty for Illegal re-entry of aliens removed for aggravated felonies, it does not define what aggravated felony is.

The accused made an error on that regard.

The accused will research "aggravated felony" and will give prompt updates.

Hank Yoo 6:18-CR-16
101 E Methvin St
Longview TX 75601

US District Court
211 W Ferguson St
Tyler TX 75702

75702-722055

SHREVEPORT LA 710
24 OCT 2018 PM 2 L

CLERK, US DISTRICT COURT
RECEIVED
OCT 26 2018
EASTERN DIST OF TEXAS