US v. Yoo | 6:18-CR-16

# ORDER

Before the Court is accused Heon Jong Yoo's Unopposed Motion for Immediate ~~Guaranteed~~ Pretrial Release Pursuant to §3164, the Court finds ~~it~~ it meritorious and in accordance with the letter, color, and spirit of the law and should be GRANTED.

On bail, the accused is subject to such conditions pursuant to 18 USC §3142(c) and 3164(c)

① The accused shall not commit a Federal, State, or local crime during the period of release.
② The accused will report in to pretrial office weekly for a check up and urianalysis.
③ The accused will refrain from possessing a dangerous weapon.
④ The accused will refrain from use of alcohol or any other controlled substance.
⑤ The ~~execute~~ accused will execute an agreement ~~to forfeit upon failing to appear~~ a bail bond with solvent sureties in the amount of $15,000.
⑥ The accused will be subject to ankle monitoring.
⑦ The accused will not travel out of state.
⑧ The accused will report the address of his temporary abode with in 48 hours, upon release and upon change of address if it is to occur.
⑨ The accused will be subject to a curfew: The accused must be at the address specified from 2000 hours to 0700 hours. The accused will be subject to random phone calls between the hours.

The court is also aware that the accused is seeking to correct any and all erroneous, falsified, malicious, or negligent government records that have harmed the defendant and are the sources of charges against me and my confinement. It is accordingly ordered that the Motion for Leave to Appeal is GRANTED.

The court is also aware that the accused seeks return of his 5 items within the list of the seized properties by the ATF. It is ordered that the Motion to Return Property is GRANTED.

I hear by agree to all of the listed conditions of bail.

Hank You, the accused.                                    Judge.



Hank Yoo 6:18-CR-16
101 E Methvin St
Longview TX 75601

SHREVEPORT LA 710
24 OCT 2018 PM 1

US District Court
211 W Ferguson St
Tyler TX 75702

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 26 2018
EASTERN DIST. OF TEXAS