In the US District Court for East Texas
Tyler Division.

USA V. YOO § 6:18-CR-16

## Motion To Dismiss With Prejudice

The accused respectfully requests the court to dismiss the case 6:18-CR-16 with prejudice.

There had been dozens of professional misconduct, official misconduct, judicial misconduct, prosecutorial misconduct, abuse of discretion, and violation of the accused's due process including but not limited to malice, incompetence, and frivolous, misleading, and obstructive criminal misconduct, of Judge Mitchell, Love, Coan, Machicek, and Reed, it is in the interest of the public and the court that this case is dismissed with prejudice.

Furthermore, this case is based on severe due process violation of the accused, criminal conspiracy of the DOJ, BATFE, FBI, Rutgers, UT Tyler, UCONN, RWJUH, Carrier Clinic, Tyler PD, Smith Co Sheriff's Office, and TXDPS to deprive the accused of his civil and constitutional rights.

The accused, upon dismissal of this case, has 3 requests.

① All property of the accused seized by the BATF on or about ~~resold~~ following the search warrant on 20180406 signed by John D. Love, which was unlawful and abuse of discretion, including the accused's 5 firearms (SN. R188306, SN. FFK027370, SN. TE94562, SN. RBM9366, SN. 000210NW) and ammunition to be returned to the accused within no more than 7 days upon dismissal. Items that can be immediately returned shall be returned immediately.

② The Department of Justice shall compensate the accused of all of his attorney fees, commissary fees, and any and all of financial losses and expenses which occurred by himself, his friends, and his family due to this case. no more than 30 days upon dismissal.

③ 2 fraudulent and unlawful NICS entries, NRI 1630406673 and NRI 1726660288, adjudicated mentally defective/committed to a mental institution, shall be striken and removed.

The accused respectfully requests an expedited ruling on this motion.

Hank You

20181026