IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-16 |
| | § | (Judge RWS/KNM) |
| HEON JONG YOO | § | |
| a/k/a "HANK YOO" | § | |

**NOTICE OF INTENT TO OFFER RECORDS**
**PURSUANT TO FEDERAL RULE OF EVIDENCE 902**

The United States of America files this Notice of Intent to Offer Records Pursuant to Federal Rule of Evidence 902, respectfully showing as follows:

1. Pursuant to Federal Rules of Evidence 803(6), (7), (8), and (10) and 902(1), (4), and (11), the United States intends to offer into evidence at the trial of this cause certain business records of those businesses and entities listed on Attachment A together with an affidavit by the individual listed in Attachment A.

2. The defendant has previously been provided with copies of the records.

3. A copy of the affidavits are included as Attachment B.

4. Originals of the affidavits and records are available for inspection.

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.
Assistant United States Attorney
Georgia Bar No. 170966
110 N. College, Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
Fax: (903) 590-1439

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-16 |
| | § | (Judge RWS/KNM) |
| HEON JONG YOO | § | |
|    a/k/a "HANK YOO" | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served on the defendant via U.S. mail on this the 30th day of October, 2018.

                                                */s/ L. Frank Coan, Jr.*
                                                L. Frank Coan, Jr.