## ATTACHMENT A

| COMPANY/ENTITY | AFFIANT |
|---|---|
| First Cash Pawn | Victor Montalvo |
| Academy Sports | Tina Henderson |
| Cash America Pawn | Latarya Wilson |
| Middlesex County (New Jersey) Adjuster | Sandra Coleman |
| Carrier Clinic | Jennifer Clinedinst |
| Rutgers University Behavioral Health Care | Laura M. Yuhas |
| Robert Wood Johnson University Hospital | Emmanuel Razon |
| The Institute for Forensic Psychology | Matthew Guller |
| Andrews Center | Gail Scott |
| Salado Apartments | Kimberly Head |
| Federal Bureau of Investigation, Criminal Justice Information Services Division's National Instant Criminal Background Check System Section | Brian Allen Barker |
| Department of Public Safety | Jennifer Combs |