# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

October 30, 2018

Mr. David O'Toole, Clerk  
United States District Court  
Tyler Division

Dear Clerk,

I am forwarding a notice of appeal erroneously sent to us.  We have noted the date received here. When you file the notice of appeal, please use that date, see FED. R. APP. P. 4(d).

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Christina A. Gardner, Deputy Clerk  
504-310-7684

cc: Mr. Heon Jong Yoo