# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    TEXAS

| UNITED STATES OF AMERICA<br>V.<br>HEON JONG YOO<br>a/k/a/ "HANK YOO" | | | **EXHIBIT LIST**<br><br>Case Number:  6:18-CR-16 | | | |
|---|---|---|---|---|---|---|
| PRESIDING JUDGE<br>ROBERT W. SCHROEDER, III | | | PLAINTIFF'S ATTORNEY<br>L. FRANK COAN, JR.<br>LUCAS R. MACHICEK | | | DEFENDANT'S ATTORNEY<br>PRO SE<br>STANDBY COUNSEL: JEFF HAAS |
| TRIAL DATE (S)<br>NOVEMBER 13, 2018 | | | COURT REPORTER | | | COURTROOM DEPUTY<br>BETTY SCHROEDER |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 1 | | | | | Alien File for Heon Jong Yoo | |
| 2 | | | | | Curriculum Vitae for Paul Freese | |
| 3 | | | | | ATF Form 4473 (blank) | |
| 4 | | | | | ATF Form 4473 – Superior Firearms (9/13/16) | |
| 5 | | | | | ATF Form 4473 – First Cash Pawn | |
| 6 | | | | | ATF Form 4473 – Academy Sports (11/18/16) | |
| 7 | | | | | ATF Form 4473 – Cash America Pawn | |
| 8 | | | | | Curriculum Vitae for Mary Victoria Larsen | |
| 9 | | | | | Records from Middlesex County (New Jersey) Adjuster | |
| 10 | | | | | Records from Carrier Clinic | |
| 11 | | | | | Records from Rutgers University Behavioral Health Care | |
| 12 | | | | | Records from Robert Wood Johnson University Hospital | |
| 13 | | | | | Records from The Institute for Forensic Psychology | |
| 14 | | | | | Records from Andrews Center | |
| 15 | | | | | Lease agreement for 6003 Old Bullard Road, Apartment No. 245, Tyler, Texas 75703 | |
| 16 | | | | | Records from East Texas Medical Center | |
| 17 | | | | | Permanent Resident Card for Heon Jong Yoo | |
| 18 | | | | | Title history for 2016 Ford Focus (VIN 1FADP3F23GL231528) | |
| 19 | | | | | Photographs from 4/06/18 search warrant | |
| 20 | | | | | Mossberg 590 12-gauge shotgun (Serial No. R188306) | |
| 21 | | | | | Firearms Trace Summary for Mossberg 590 12-gauge shotgun (Serial No. R188306) | |
| 22 | | | | | DPMS LR-308 rifle (Serial No. FFK027370) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | | | | | | Firearms Trace Summary for DPMS LR-308 rifle (Serial No. FFK027370) |
| 24 | | | | | | Smith and Wesson M&P 15 rifle (Serial No. TE94562) |
| 25 | | | | | | Firearms Trace Summary for Smith and Wesson M&P 15 rifle (Serial No. TE94562) |
| 26 | | | | | | Smith & Wesson SW40VE .40 caliber pistol (Serial No. RBM9366) |
| 27 | | | | | | Firearms Trace Summary for Smith & Wesson SW40VE .40 caliber pistol (Serial No. RBM9366) |
| 28 | | | | | | Para 1911 Expert .45 caliber pistol (Serial No. 000210NW) |
| 29 | | | | | | Ammunition boxes with ammunition and magazines |
| 30 | | | | | | Rifle cases |
| 31 | | | | | | Curriculum Vitae for Warren Keener |
| 32 | | | | | | Records from Federal Bureau of Investigation, Criminal Justice Information Services Division's National Instant Criminal Background Check System Section |
| 33 | | | | | | Records from Texas Department of Public Safety |
| 34 | | | | | | Transcript from 10/10/18 hearing in *United States v. Heon Jong Yoo* |
| 35 | | | | | | Conditions of Lease for Jonathan Hoosier |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-16 |
| | § | (Judge RWS/KNM) |
| HEON JONG YOO | § | |
| a/k/a "HANK YOO" | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was served on the defendant via U.S. mail on this the 31st day of October, 2018.

/s/ L. Frank Coan, Jr.
L. Frank Coan, Jr.