

**U. S. Department of Justice**

Bureau Of Alcohol, Tobacco, Firearms and Explosives

---

www.atf.gov

110 N. College Ave., Suite 1500
Tyler, TX 75702

### STATEMENT OF QUALIFICATIONS

Warren K. Keener, Senior Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives
Tyler, Texas.

I, Warren K. Keener, hereby declare and state:

1. That I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since January 2001. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations concerning alleged violations of the Federal firearms laws. I have acquired knowledge and experience as to firearms and ammunition and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications. I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

2. That during the course of my duties, I have examined thousands of firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act.

3. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms. I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

4. That I have had numerous contacts with firearms dealers and manufacturers who are Federal firearms licensees, regarding licensing application, firearms transfer, acquisition, disposition, and compliance, and criminal enforcement matters and continue to do so as part of ATF's liaison with the firearms industry.

5. That I have received formal training for law enforcement and military personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture. This training includes, but is not limited to the following:

   United States Marine Corps , Infantry
   United States Border Patrol
   Criminal Investigator School, Federal Law Enforcement Training Center, Glynco, Georgia
   ATF National Academy, Glynco, Georgia
   Firearms Interstate Nexus Training (ATF), National Tracing Center, Martinsburg, West Virginia.
   Advanced Arson and Explosives Training
   ATF Firearms Instructor
   ATF Explosives Specialist
   Dallas Field Division Firearms Instructor Coordinator
   M-4, AR-15, M16 Armorer

During the training at the Firearms Interstate Nexus Training Course in Martinsburg, WV. I personally examined the ATF Firearms Technology Branch's Reference Collection, which includes approximately 10,000 firearms.

Page 2

6. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as, common firearms proof marks utilized by numerous foreign countries.

7. That my expertise relative to the various disciplines of firearms and ammunition to include interstate nexus has been requested and recognized by the following agencies:

   New York City Police Department
   Tyler, Texas Police Department
   Longview, Texas Police Department
   Gregg County Sheriff's Office
   Nacogdoches County, Texas Sheriff's Office
   Federal Bureau of Investigation
   Bureau of Alcohol, Tobacco, Firearms and Explosives
   United States District Court, Eastern District of Texas

8. That for over 25 years I have had a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition. I have also accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Flayderman's Guide to Antique American Firearms, Blue Book of Gun Values, Guns and Ammo,* and *Shooting Times* in order to remain familiar with firearms and firearm trends.

Warren K. Keener
Special Agent