**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| Vs. | § | **CRIM. ACTION NO. 6:18CR16** |
| **HEON JONG YOO** | § | |

<u>**ORDER**</u>

The Court, *sua sponte*, enters this Order of Continuance. This case is presently set for a pretrial conference on November 5, 2018. The Court orders that the pretrial conference be reset for **November 9, 2018 at 10:00 a.m in Texarkana, Texas**.

It is so **ORDERED**.

**SIGNED this 1st day of November, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE