IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 6:18CR 00016 |
| | § | |
| HEON JONG YOO | § | |
| a.k.a. "Hank Yoo" | | |

### **WAVIER OF JURY TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jeff L. Haas, Standby Counsel for HEON JONG YOO, Defendant herein, and files this his Waiver of a Jury Trial and in support thereof, Defendant would respectfully show the Court the following:

I.

Jeff Haas, Standby Counsel for Heon Jong Yoo, states that he has visited with the Defendant in the Gregg County Jail and the Defendant wishes to waive a Jury Trial and present all issues of Law and Facts to the Court in a Bench Trial. The Defendant understands his rights under the 6th Amendment, however, he wishes to waive his right and present all evidence to the Court.

II.

In addition, the Defendant has no objection to the Pre-Trial Conference scheduled for November 5, 2018, to be reset prior to Trial

Respectfully submitted,

JEFF L. HAAS
Attorney at Law

100 East Ferguson, Suite 908
Tyler, Texas 75702
(903) 533-8015

/S/
JEFF L. HAAS
STATE BAR NO. 08659600
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

On this the 1st[h] day of November, 2018, I, JEFF L. HAAS, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

1. Lucas Machicek
Lucas.Machicek@usdoj.gov

2. Frank Coan
Frank.Coan@usdoj.gov

/s/
JEFF L. HAAS