IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Vs.** | § | **CRIM. ACTION NO. 6:18CR16** |
| **HEON JONG YOO** | § | |

## ORDER

The Court **ORDERS** the Government to file a Response to Defendant's Motion to Compel Disclosure (Docket No. 160) by **November 5, 2018 at 12:00 p.m.**

It is so **ORDERED**.

**SIGNED this 1st day of November, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE