Declaration of Inmate Filing

United States District Court for the Eastern District of TX.

USA
v
Yoo

: 18-CR-16

I am an inmate confined in Gregg County Jail. Today, 20181030, I am depositing "notice of appeal" in this case in the institution's internal mail system. First class postage is being prepaid ~~[scratched out]~~ by me.

I declare under penalty of perjury that the foregoing is true and correct. (see 28 USC § 1746; 18 USC §1621)

Heon Jong Yoo

20181030

In the United States District Court for the Eastern District of TX

USA v. Yoo | 6:18-CR-16

## Notice of Appeal.

Notice is hereby given ~~than~~ that I, Frank Coan (plaintiff) and Heon Jong Yoo (defendant) in above named case, hereby appeal to the United States Court of Appeals for the 5th Circuit from the order of detention pending trial and pending sentencing/appeal (if applicable) entered in this action on the 30th day of October, 2018.

[ The motion was mailed to the court of appeals on ^or around 2018/026. ]



Hank Yoo 6:18-CR-16
101 E Methvin St
Longview TX 75601

US District Court
211 W Ferguson St
Tyler TX 75702

SHREVEPORT LA 710
31 OCT 2018 PM 3 L

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 02 2018
EASTERN DIST. OF TEXAS