# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CASE NO. 6:18CR16** |
| vs. | § § § | |
| | § § | |
| **HEON JONG YOO** | § § | |

## APPELLATE *IN FORMA PAUPERIS* DEFICIENCY ORDER

Before the Court is Defendant's Notice of Appeal (ECF 178). Defendant seeks to pursue an interlocutory appeal of the Court's ruling concerning pretrial detention. Within the notice, Defendant seeks to proceed *in forma pauperis* on his interlocutory appeal and he requests transcripts at government expense. Defendant did not submit an affidavit in support of his motion to proceed *in forma pauperis*. The Court's standard form for a motion to proceed *in forma pauperis*, including affidavit in support, is attached. Defendant must complete the form and affidavit before the Court can resolve the motion to proceed *in forma pauperis* and the motion seeking transcripts at government expense. In addition, because Defendant is currently confined in a county jail, Defendant shall submit a copy of his inmate account activity report or its equivalent. Defendant may obtain a printout of his inmate account activity report from any jail official who manages inmate accounts. It is therefore

**ORDERED** that Defendant has **twenty days** from the receipt of this Order to complete and file the attached application to proceed *in forma pauperis*, together with a printout of his inmate account activity report or its equivalent. Defendant is placed on notice that his appeal may

be dismissed if he fails to either pay the requisite filing fee or submit the completed application to proceed *in forma pauperis*, together with his inmate account activity report.

So ORDERED and SIGNED this 2nd day of November, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

_____
(Plaintiff)

vs                                            Case No. _____

_____
(Defendant)

MOTION TO PROCEED IN FORMA PAUPERIS

I, plaintiff, _____,

respectfully moves this Honorable Court for leave to proceed in this matter without payment of

fees, costs, or security.

Attached hereto is an affidavit in support of my motion to proceed in forma pauperis.

                              Respectfully submitted,

                              Plaintiff  _____

                              Address  _____

                                              _____

                                              _____

                              Phone   _____

Date _____

AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

INSTRUCTIONS: Complete all questions in this affidavit and then sign it.  Do not leave any blanks.  If the answer to a question is "0", "none", or "not applicable (NA)", write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. Are you presently employed?  YES _____   NO _____

    (a) If the answer is "YES", state the amount of your gross salary or wages per month and give the name and address of your employer.

    $_____ per month

    Employer _____

    _____

    (b) If the answer is "NO", state the date of last employment and the amount of the gross salary and wages per month which you received.

    $_____ per month

    Employer _____

    _____

2. Is your spouse presently employed?  YES _____   NO _____

    If the answer is "YES", state the gross amount of his/her salary or wages per month and give the name and address of his/her employer.

    $_____ per month

    Employer _____

    _____

2

3. Have you or your spouse received within the past twelve (12) months any money from any of the following sources:

    (a) Business, profession, or form of self-employment?  YES _____   NO _____

    (b) Rent payment, interest or dividends?  YES _____   NO _____

    (c) Pensions, annuities, or life insurance payment?  YES _____   NO _____

    (d) Gifts or inheritances?  YES _____   NO _____

    (e) Any other sources?  YES _____   NO _____

If the answer to any of the above questions is "YES", describe each source of money and state the amount received from each during the last twelve (12) months and by whom.

_____

_____

_____

4. How much cash do you and your spouse have? $_____.

5. List any money you or your spouse have in bank accounts or in any other financial institution and the name of the financial institution.

_____

_____

_____

6. List the assets and the values which you or your spouse own.  Do not list clothing and ordinary household furnishings.

Home Address _____

Value of Home _____

Motor Vehicle #1 Make, Year, Model _____

Value of Motor Vehicle #1 _____

       Motor Vehicle #2 Make, Year, Model _____

       Value of Motor Vehicle #2 _____

7. Do you or your spouse own any other real estate, stocks, bonds, notes, automobiles, or other valuable property not listed above (excluding ordinary household furnishings and clothing)?
YES _____     NO _____

   If the answer is "YES", describe the property and state its approximate value.

   _____

   _____

8. List the persons who are dependent upon you or your spouse for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____

   _____

9. Do you expect any major changes to your spouse's monthly income or expenses or in your or your spouse's assets or liabilities during the next 12 months?
YES _____     NO _____

   If yes, describe below or on an attached sheet.

   _____

   _____

10. Estimate the average monthly expenses of you and your family. If different, list separately the amounts paid by your spouse.

    Rent or home-mortgage payment _____

    Utilities (electricity, heating fuel, water, sewer, and phone) _____

    Home maintenance (repairs and upkeep) _____

    Food _____

Case 6:18-cr-00016-RWS-KNM   Document 195   Filed 11/02/18   Page 7 of 8 PageID #: 2143

Clothing _____

Laundry and dry-cleaning _____

Medical and dental expenses _____

Transportation (not including motor vehicle payments) _____

Recreation, entertainment, newspapers, magazines, etc. _____

Insurance (not deducted from wages or include in mortgage payments)

    Homeowner's or renter's insurance _____

    Life insurance _____

    Health insurance _____

    Motor vehicle insurance _____

    Other insurance _____

Taxes (not deducted from wages or included in mortgage payments) _____

Installment payments

    Motor vehicle _____

    Credit card _____

    Department store credit card _____

    Other installment payments _____

Alimony, maintenance and support paid to others _____

Regular expenses for operation of business, profession, or farm (attach a detailed

    statement) _____

Other expenses _____

11. Provide any other information that will help explain why you cannot pay the filing fees for your case.

_____

_____


I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fees of my case.  I believe that I am entitled to redress.  I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.
(28 U.S.C. 1746, 18 U.S.C. 1621)


                                             _____
                                                              Signature of Applicant