IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL ACTION NO. 6:18CR16 |
| HEON JONG YOO | § | |

MINUTES FOR PRETRIAL CONFERENCE HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
NOVEMBER 9, 2018

OPEN: 10:03 am                                                                 ADJOURN: 2:26 pm

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Lucas Machicek and Frank Coan |
| ATTORNEY FOR DEFENDANTS: | Pro Se and Jeff Haas (standby counsel) |
| LAW CLERK: | Amanda DoCouto |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shea Sloan |

| | |
|---|---|
| 10:03 am | Case called; parties announced ready; Court welcomes everyone; gives trial date of November 13 |
| 10:06 am | The Court and parties discuss Mr. Yoo's Motion to Continue (dkt. #215), issues with arrest warrant and search warrant |
| 10:56 am | The Court and parties discuss Mr. Yoo's request for a waiver of a jury trial; jury panel will be used |
| 11:18 am | Mr. Haas advises he has copies of the Court's rulings from yesterday; Court will provide Mr. Yoo with copies |
| 11:21 am | Mr. Yoo informs the Court of his phone use restriction at the Gregg County Jail; Court responds |

| | |
|---|---|
| 11:27 am | Mr. Yoo addresses the Court regarding false information on ATF forms |
| 11:31 am | Mr. Coan objects because of repetitive argument; Court agrees |
| 11:34 am | Recess |
| 12:54 pm | Court informs Mr. Yoo that the matters contained in the Emergency Motion for Pretrial Release (dkt. #78) and Motion for Reconsideration (dkt. #169) have been previously ruled on in orders; Mr. Yoo responds |
| 1:01 pm | Court and Mr. Yoo discuss his IFP status; Mr. Coan responds |
| 1:04 pm | Court denies Motion for Pretrial Release (dkt. #78) and Motion for Reconsideration (dkt. #169) are denied |
| 1:05 pm | Court asks Mr. Yoo if he would like the Court to conduct voir dire; Mr. Yoo responds; Mr. Haas responds; Mr. Machicek advises he will be conducting voir dire for the government; Court explains jury selection process; no time limitations on voir dire; Mr. Coan advises the Court the trial shall take 1 ½ to 2 days; Mr. Yoo believes shorter time; Court gives trial schedule; Court asks parties to confer regarding exhibits |
| 1:21 pm | Court explains MIL practice |
| 1:22 pm | Mr. Machicek argues the government's MIL (dkt. #183) ; Mr. Yoo agrees to everything except #8 and #15; Mr. Machicek argues #8; Mr. Yoo responds; Mr. Machicek replies; Court responds - grants motion; Mr. Yoo objects to #15; Mr. Machicek responds; Court responds - grants motion in part |
| 1:43 pm | Mr. Yoo requests Mr. Coan to make judicial notice of aggravated felony; Mr. Coan responds; Court responds |
| 1:49 pm | Mr. Yoo argues his Motion to Strike Evidence (dkt. #93); Court responds |
| 1:52 pm | Mr. Coan inquires as to time limitations on opening statements and closing arguments; Mr. Yoo will give opening statement; Court responds - will give 20 minutes for openings statements and 30 minutes for closing arguments; Mr. Coan moves that Special Agent Jim Reed be designated as Case Agent under Rule 615; Mr. Yoo responds; Court will accept Special Agent Jim Reed as the Case Agent; Mr. Coan asks for timing to submit jury instructions; Court responds; Mr. Yoo inquires as to his use of a pen; Court responds; Mr. Coan advises the Court of its intent to present evidence from ATF; Mr. Yoo responds; Court responds |
| 2:02 pm | Court asks Mr. Yoo how he intends to testify; Mr. Yoo responds; Court responds |

| | |
|---|---|
| 2:09 pm | Mr. Yoo changes plea from not guilty to innocent; Mr. Coan responds; Court responds |
| 2:12 pm | Mr. Yoo advises the Court he will be using exhibits and lists them; Court responds; Mr. Coan responds; Court responds |
| 2:25 pm | Mr. Haas questions the Court regarding stipulations of evidence; Court responds |
| 2:26 pm | Recess |