USA v. Yoo | 6:18-CR-16.

Notice of intent to use as evidence.

Pursuant to rule 401, 402, 902(1),(2),(4),(11) the accused intends to introduce 0 the following as the evidences.

RUPD report 13-15051
RUPD report 15-60199
~~TX Rangers investigation report~~ ~~(20171129)~~
TX Rangers weapon return receipt.
Cognitive Assessment report by Andrew Paren.
JT Tyler Police Report 2018-
FBI interviews with the accused on 2016 to 2018

Among prosecution's exhibits:
Carrier Clinic Reports
Screening documents for 2013 and 2015 hospitalization.
RWJUH reports.
The accused's inquiry/appeal record with FBI NICS.
Temporary orders from Somerset County Superior Court.

20181106

# Subpoena

The accused demands subpoena of following individuals in reference to his alleged charge.

Robert Wood Johnson Hospital
Chundru, Vasudha G (MD)
Rabin, Miriam (LCSW)
Kaufman, Kenneth (MD)
Patel, Snehal (MD)
Boutsikaris, Daniel G (MD)
Punjabi, Kusum (MD)
Lam, Hai (RN)

Carrier Clinic
Christabelle D'Souza (MD) License #MAT1195
Asma Nisar (MD)

RUPD E. Ruff (#3768)

[I've been locked up for 219 days now and it's impossible to access my discovery and docket, and the court denied my subpoena before through abuse of discretion. I was am deprived of rights and standards that federal defendants are entitled to]

Other
Jenys Allende (Psychiatrist)

20181108