IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL ACTION NO. 6:18CR16 |
| | § | |
| HEON JONG YOO | § | |

MINUTES FOR JURY SELECTION AND FIRST DAY OF JURY TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
NOVEMBER 13, 2018

OPEN: 9:00 am                                                                       ADJOURN: 5:40 pm

ATTORNEY FOR PLAINTIFF:        Lucas Machicek, Frank Coan and Ryan Locker

ATTORNEY FOR DEFENDANTS:  Pro Se and Jeff Haas (standby counsel)

LAW CLERK:                              Amanda DoCouto

COURTROOM DEPUTY:            Betty Schroeder

COURT REPORTER:                   Shea Sloan

| | |
|---|---|
| 9:00 am | Outside the presence of the jury panel, the Court and parties discuss schedule and voir dire, number of strikes, instructions, verdict forms and forfeiture; Mr. Yoo addresses the arrest warrant issue, motions in limine, dismissal, recusal, sanctions against the prosecution; Mr. Coan responds; Court responds |
| 10:04 am | Panel seated |
| 10:05 am | Case called; parties announced ready; Court welcomes everyone; Court introduces himself and staff; gives history of jury service; gives schedule of today's proceedings and trial; asks for hardships - #4, #8, #23, #44 and #50 |
| 10:18 am | Panel members give introduction |
| 10:35 am | Mr. Machicek introduces himself, witnesses and co-counsel; Court asks panel if |

|  |  |
|---|---|
|  | anyone knows anyone mentioned; #9 and #50 |
| 10:40 am | Mr. Yoo introduces himself; Court asks panel if anyone knows anyone mentioned - #4; Mr. Haas stands; no one familiar with Mr. Haas |
| 10:45 am | Court questions the panel regarding prior jury service; #1, #3, #12, #16, #22, #23, #24, #30, #32, #34, #37, #39, #40, #44, #46 and #47 |
| 10:51 am | Court questions the panel regarding connections to law enforcement agencies; #1, #3, #4, #9, #10, #13, #14, #15, #17, #21, #25, #26, #29, #30, #31, #33, #35, #36, #41, #44, #45, #49 and #50 |
| 10:59 am | Court questions the panel regarding being involved in a Court matter; #3, #15, #18, #24, #31, #40 and #49 |
| 11:03 am | Court questions the panel regarding reaching verdict solely on evidence presented and instructions about the law; no response |
| 11:03 am | Court questions the panel regarding any publicity or information about the case; #4 |
| 11:04 am | Court questions the panel regarding convicting defendant because he is indicted; no response |
| 11:05 am | Court questions the panel regarding any other reason to not render a fair verdict; no response |
| 11:06 am | Court instructs the panel regarding proof beyond a reasonable doubt |
| 11:08 am | Court explains Mr. Yoo being pro se |
| 11:11 am | Mr. Machicek begins voir dire |
| 11:45 am | Recess |
| 11:53 am | Panel members seated |
| 11:55 am | Mr. Yoo beings voir dire |
| 12:07 pm | Mr. Machicek objects; Court - will give some latitude |
| 12:08 pm | Mr. Machicek objects; Court - rephrase the question |
| 12:12 pm | Bench conference |

| | |
|---|---|
| 12:22 pm | Court releases panel members for break except for #11, #23, #37, #44, #47 and #50 for further questions |
| 12:24 pm | Bench conference with members of jury panel |
| 12:50 pm | Recess |
| 1:07 pm | Outside the presence of the jury, Mr. Coan questions the Court regarding schedule; Court responds; Mr. Yoo questions the Court regarding practice of objections to jury instructions and restrictions on opening statement; Court responds |
| 1:10 pm | Panel members seated |
| 1:13 pm | Jury members selected and called |
| 1:14 pm | Remaining panel members dismissed |
| 11:16 pm | Jury members sworn in |
| 1:17 pm | Court instructs jury regarding not speaking to people involved in case; not discussing anything with anyone; and not posting on social media. |
| 1:21 pm | Recess |
| 2:17 pm | Jury seated |
| 2:19 pm | Court gives preliminary instructions |
| 2:33 pm | Objection by Mr. Yoo; Mr. Coan responds; Court responds |
| 2:40 pm | Mr. Yoo invokes the rule |
| 2:41 pm | Mr. Coan reads into the record the indictment |
| 2:47 pm | Objection by Mr. Yoo; Court responds |
| 2:47 pm | Mr. Yoo pleads innocent to Counts 1-7 and Count 8 |
| 2:48 pm | Mr. Machicek begins opening statement |
| 2:49 pm | Objection by Mr. Yoo |
| 2:49 pm | Bench conference |

| | |
|---|---|
| 2:54 pm | Mr. Machicek continues with opening statement |
| 3:08 pm | Objection by Mr. Yoo; bench conference |
| 3:11 pm | Mr. Machicek continues with opening statement |
| 3:14 pm | Mr. Yoo begins opening statement |
| 3:24 pm | Government's witnesses sworn in; Court informs the witnesses the rule has been invoked and not to discuss any testimony with anyone besides the attorneys |
| 3:24 pm | Mr. Coan calls Special Agent Brian Noack |
| 3:25 pm | Mr. Coan begins direct examination |
| 3:33 pm | Mr. Coan moves to admit Exhibit #1; no objection |
| 3:35 pm | Mr. Yoo begins cross examination of Special Agent Noack |
| 3:38 pm | Mr. Yoo offers code for exhibit; Mr. Coan advises he has not seen code; Court instructs Mr. Yoo to finish questioning and then the government can review before it is admitted |
| 3:41 pm | Objection by Mr. Coan; Court responds; Mr. Yoo responds |
| 3:43 pm | Mr. Coan begins re-direct examination |
| 3:44 pm | Bench conference |
| 3:46 pm | Mr. Yoo begins re-cross examination |
| 3:47 pm | Witness excused |
| 3:47 pm | Recess |
| 4:05 pm | Outside the presence of the jury, the Court discusses getting phone numbers from the jury in case of inclement weather overnight |
| 4:07 pm | Mr. Coan calls Paul Freese |
| 4:08 pm | Mr. Coan begins direct examination of Investigator Freese |
| 4:21 pm | Mr. Coan offers Exhibit #3 as a demonstrative; no objection |

| | |
|---|---|
| 4:56 pm | Objection by Mr. Yoo; Court responds |
| 4:59 pm | Mr. Yoo begins cross examination of Investigator Freese |
| 5:06 pm | Mr. Yoo offers 27 CFR Section 125 section 478.125 as an exhibit |
| 5:12 pm | Objection by Mr. Coan; Mr. Yoo responds; Court responds |
| 5:15 pm | Objection by Mr. Coan; Mr. Yoo responds; Court responds |
| 5:18 pm | Bench conference |
| 5:21 pm | Mr. Yoo argues motion to impeach witness; Mr. Coan responds; Mr. Yoo responds; Court responds |
| 5:23 pm | Mr. Coan begins re-direct examination of Investigator Freese |
| 5:25 pm | Mr. Yoo begins re-cross examination of Investigator Freese |
| 5:26 pm | Witness excused |
| 5:27 pm | Jury excused |
| 5:28 pm | Outside the presence of the jury, Mr. Coan advises he will supply a list of witnesses to be used in the morning; Mr. Yoo will supply exhibits to be used; Court responds |
| 5:30 pm | Mr. Yoo objects to Agent Reed is at counsel table; Court responds; Mr. Coan responds; Mr. Yoo responds; Court responds |
| 5:33 pm | Mr. Yoo addresses the Court regarding his plea of innocent; Mr. Coan responds; Court responds; Mr. Haas confers with Mr. Yoo |
| 5:36 pm | Mr. Yoo objects to the jury instructions; Court responds; both parties are to provide the Court with instructions in the morning |
| 5:40 pm | Recess |