Sep 19

PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 6:18cr16 USA v. Yoo
RECEIVED: Order #184 resct. pretrl conf.
on this 7 day of 11, 2018, at 1550 a.m./p.m.
at GCSD
_____ (Name of Institution)

_____      _____
Witness (if by mark)    (Signature or mark of addressee)

_____
Witness (if by mark)

CLERK RECEIVED
NOV 13 2018
EASTERN DIST. OF TEXAS

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20____, AT_____.
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness