IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL ACTION NO. 6:18CR16 |
| HEON JONG YOO | § | |

MINUTES FOR SECOND DAY OF JURY TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
NOVEMBER 14, 2018

OPEN: 8:51 am  ADJOURN: 5:46 pm

ATTORNEY FOR PLAINTIFF:   Lucas Machicek, Frank Coan and Ryan Locker

ATTORNEY FOR DEFENDANTS: Pro Se and Jeff Haas (standby counsel)

LAW CLERK:   Amanda DoCouto

COURTROOM DEPUTY:   Betty Schroeder

COURT REPORTER:   Shea Sloan

| | |
|---|---|
| 8:51 am | Outside the presence of the jury panel, the Court and parties discuss instructions; Mr. Yoo raises his concern over one of the government's exhibit; Court responds; Mr. Haas and Mr. Coan discuss timetable for closing argument; Court responds |
| 8:57 am | Jury seated |
| 8:57 am | Mr. Machicek calls Austin Rohr |
| 8:58 am | Mr. Machicek begins direct examination of Mr. Rohr |
| 9:02 am | Mr. Machicek offers Exhibit #4 into evidence; no objection |
| 9:05 am | Bench conference |

| | |
|---|---|
| 9:12 pm | Mr. Yoo begins cross examination of Mr. Rohr |
| 9:13 am | Objection by Mr. Machicek; Mr. Yoo responds; Court responds |
| 9:22 am | Objection by Mr. Machicek; Mr. Yoo responds; Court responds |
| 9:23 am | Objection by Mr. Machicek; Court - sustained |
| 9:24 am | Objection by Mr. Machicek; Court - sustained |
| 9:25 am | Bench conference |
| 9:29 am | Mr. Yoo continues with cross examination of Mr. Rohr |
| 9:30 am | Objection by Mr. Machicek; Mr. Yoo responds; Mr. Machicek responds; Mr. Yoo responds; Court responds |
| 9:41 am | Objection by Mr. Machicek; Mr. Yoo responds; Court responds |
| 9:43 am | Objection by Mr. Machicek; Court questions Mr. Yoo; Mr. Yoo responds |
| 9:45 am | Objection by Mr. Machicek; Mr. Yoo responds; Court responds - overruled |
| 9:48 am | Mr. Machicek begins re-direct examination |
| 9:49 am | Objection by Mr. Yoo; Court - overruled |
| 9:50 am | Objection by Mr. Yoo; Court - rephrase the question as to leading; overruled as to speculation |
| 9:51 am | Objection by Mr. Yoo; Court - overruled |
| 9:52 am | Objection by Mr. Yoo; Court - overruled |
| 9:53 am | Mr. Yoo begins re-cross examination |
| 9:55 am | Objection by Mr. Machicek; Court - rephrase the question |
| 9:55 am | Witness excused |
| 9:56 am | Mr. Machicek calls Bailey Averitt |
| 9:56 am | Mr. Machicek begins direct examination of Mr. Averitt |
| 9:59 am | Mr. Yoo begins cross examination of Mr. Averitt |

| | |
|---|---|
| 10:00 am | Objection by Mr. Machicek; Court responds |
| 10:01 am | Mr. Machicek begins re-direct examination |
| 10:02 am | Mr. Yoo begins re-cross examination |
| 10:03 am | Witness excused |
| 10:03 am | Mr. Machicek calls Victor Montalvo |
| 10:04 am | Mr. Machicek begins direct examination of Mr. Montalvo |
| 10:07 am | Mr. Machicek moves Exhibit #5 into evidence; no objection |
| 10:07 am | Mr. Yoo begins cross examination of Mr. Montalvo |
| 10:08 am | Objection by Mr. Machicek; Court - sustained |
| 10:09 am | Witness excused |
| 10:09 am | Mr. Machicek calls Cesar Bahena |
| 10:09 am | Mr. Machicek begins direct examination of Mr. Bahena |
| 10:11 am | Objection by Mr. Yoo; Court - overruled |
| 10:13 am | Mr. Yoo begins cross examination of Mr. Bahena |
| 10:15 am | Witness excused |
| 10:15 am | Mr. Machicek calls Phillip Olivares |
| 10:16 am | Mr. Machicek begins direct examination of Mr. Olivares |
| 10:21 am | Mr. Yoo begins cross examination of Mr. Olivares |
| 10:22 am | Mr. Machicek begins re-direct examination |
| 10:23 am | Objection by Mr. Yoo; Court - overruled |
| 10:23 am | Objection by Mr. Yoo; Mr. Machicek responds; Court - overruled |
| 10:25 am | Mr. Yoo begins re-cross examination |

| Time | Event |
|---|---|
| 10:26 am | Mr. Machicek continues with re-direct examination |
| 10:27 am | Mr. Yoo continues with re-cross examination |
| 10:27 am | Mr. Machicek continues with re-direct examination |
| 10:28 am | Mr. Yoo continues with re-cross examination |
| 10:28 am | Witness excused |
| 10:28 am | Mr. Machicek calls Michelle Threadgill |
| 10:29 am | Mr. Machicek begins direct examination of Ms. Threadgill |
| 10:36 am | Mr. Machicek offers into evidence Exhibit #6; no objection |
| 10:37 am | Mr. Yoo begins cross examination of Ms. Threadgill |
| 10:37 am | Objection by Mr. Machicek; Court - rephrase the question |
| 10:38 am | Witness excused |
| 10:38 am | Mr. Machicek calls Michael Mayfield |
| 10:39 am | Mr. Machicek beings direct examination of Mr. Mayfield |
| 10:43 am | Objection by Mr. Yoo; Mr. Machicek responds; Court responds |
| 10:46 am | Mr. Yoo begins cross examination of Mr. Mayfield |
| 10:46 am | Objection by Mr. Machicek; Mr. Yoo responds; Court responds |
| 10:49 am | Mr. Machicek begins re-direct examination |
| 10:50 am | Mr. Yoo begins re-cross examination |
| 10:50 am | Objection by Mr. Machicek; Court - sustained |
| 10:50 am | Witness excused |
| 10:50 am | Mr. Machicek calls Johnnie Foster |
| 10:51 am | Mr. Machicek begins direct examination of Mr. Foster |
| 10:54 am | Mr. Machicek offers into evidence Exhibit #7; no objection |

| | |
|---|---|
| 10:59 am | Mr. Yoo begins cross examination of Mr. Foster |
| 10:59 am | Mr. Yoo begins re-direct examination of Mr. Foster |
| 11:00 am | Objection by Mr. Yoo; Mr. Machicek responds; Court - overruled |
| 11:01 am | Mr. Yoo begins re-cross examination |
| 11:01 am | Objection by Mr. Machicek; Court - overruled |
| 11:02 am | Witness excused |
| 11:02 am | Recess |
| 11:25 am | Outside the presence of the jury, Mr. Coan discusses two upcoming witnesses and demonstrative to be used; no objections |
| 11:29 am | Jury seated |
| 11:29 am | Mr. Machicek calls Aaron Lee |
| 11:29 am | Mr. Machicek begins direct examination of Mr. Lee |
| 11:34 am | Mr. Yoo begins cross examination of Mr. Lee |
| 11:37 am | Mr. Machicek begins re-direct examination |
| 11:37 am | Objection by Mr. Yoo; Court responds - overruled |
| 11:38 am | Mr. Yoo begins re-cross examination |
| 11:38 am | Mr. Machicek continues with re-direct examination |
| 11:40 am | Witness excused |
| 11:40 am | Mr. Coan calls Brian Barker |
| 11:41 am | Mr. Coan begins direct examination of Mr. Barker |
| 11:55 am | Mr. Coan offers into evidence Exhibit #32; no objection |
| 12:02 pm | Mr. Yoo begins cross examination of Mr. Barker |
| 12:06 pm | Objection by Mr. Coan; Court - ask the question |

| | |
|---|---|
| 12:08 pm | Objection by Mr. Coan; Court - rephrase the question |
| 12:09 pm | Objection by Mr. Coan; bench conference |
| 12:13 pm | Mr. Yoo continues with cross examination |
| 12:14 pm | Objection by Mr. Coan; Court responds |
| 12:15 pm | Objection by Mr. Coan; Court - rephrase the question |
| 12:18 pm | Objection by Mr. Coan; Court - will give a little bit of latitude |
| 12:19 pm | Objection by Mr. Coan; Mr. Yoo responds; Court responds |
| 12:21 pm | Objection by Mr. Coan; Mr. Yoo responds; Court responds |
| 12:24 pm | Objection by Mr. Coan; Court responds |
| 12:25 pm | Objection by Mr. Coan; Court - sustained |
| 12:26 pm | Objection by Mr. Coan; Court - rephrase the question |
| 12:31 pm | Objection by Mr. Coan; Mr. Yoo responds; Court responds |
| 12:35 pm | Objection by Mr. Coan; Court responds |
| 12:38 pm | Mr. Coan begins re-direct examination of Mr. Barker |
| 12:39 pm | Objection by Mr. Yoo; Mr. Coan responds; Court - overruled |
| 12:42 pm | Objection by Mr. Yoo; Court responds |
| 12:44 pm | Objection by Mr. Yoo |
| 12:46 pm | Objection by Mr. Yoo; Court - overruled |
| 12:47 pm | Objection by Mr. Yoo; Court - overruled |
| 12:47 pm | Mr. Yoo begins re-cross examination of Mr. Barker |
| 12:48 pm | Mr. Yoo makes a motion to strike the witness; Court - denied |
| 12:51 pm | Objection by Mr. Coan; Mr. Yoo responds; Court - will give a little bit of latitude |
| 12:52 pm | Objection by Mr. Coan; Court - sustained |

| | |
|---|---|
| 12:53 pm | Witness excused |
| 12:53 pm | Jury excused |
| 12:54 pm | Outside the presence of the jury, bench conference |
| 12:58 pm | Recess |
| 2:02 pm | Jury seated |
| 2:03 pm | Bench conference |
| 2:04 pm | Mr. Coan calls Dr. Victoria Larsen |
| 2:04 pm | Mr. Coan begins direct examination of Dr. Larsen |
| 2:08 pm | Mr. Coan offers Exhibit #36 to be published and used as a demonstrative; Mr. Yoo objects; Court - overruled |
| 2:23 pm | Mr. Coan offers into evidence Exhibit #9; no objection |
| 2:36 pm | Mr. Yoo begins cross examination of Dr. Larsen |
| 2:40 pm | Mr. Yoo requests to use Plaintiff's Exhibit #10; Mr. Coan advises it has not been admitted; Mr. Yoo responds; Court responds |
| 2:48 pm | Mr. Coan requests Mr. Yoo to be more specific in what he is asking for in regard to the Plaintiff's exhibits; Court responds; Mr. Yoo responds |
| 2:50 pm | Objection by Mr. Coan; Mr. Yoo responds; Court questions Mr. Yoo; Mr. Yoo responds; Court questions Mr. Coan; Mr. Coan responds; Court responds |
| 2:52 pm | Objection by Mr. Coan; Court - sustained |
| 2:54 pm | Objection by Mr. Coan; Court - rephrase the question |
| 2:57 pm | Objection by Mr. Coan; Court - proceed but try not to testify |
| 2:58 pm | Objection by Mr. Coan; Court - sustained |
| 2:59 pm | Objection by Mr. Coan; Court - overruled |
| 3:00 pm | Mr. Coan begins re-direct examination of Dr. Larsen |
| 3:03 pm | Mr. Yoo wishes to use one of his exhibits; Mr. Coan objects; Mr. Yoo responds; |

|          |                                                                                                                                                                                                 |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Court responds                                                                                                                                                                                  |
| 3:04 pm  | Mr. Yoo begins re-cross examination of Dr. Larsen                                                                                                                                               |
| 3:05 pm  | Objection by Mr. Coan; Court responds                                                                                                                                                           |
| 3:08 pm  | Objection by Mr. Coan; Mr. Yoo responds; bench conference                                                                                                                                       |
| 3:14 pm  | Mr. Yoo continues with re-cross examination                                                                                                                                                     |
| 3:15 pm  | Mr. Coan continues with re-direct examination                                                                                                                                                   |
| 3:15 pm  | Mr. Yoo continues with re-cross examination                                                                                                                                                     |
| 3:15 pm  | Witness excused                                                                                                                                                                                 |
| 3:16 pm  | Mr. Coan calls James Reed; witness sworn in                                                                                                                                                     |
| 3:16 pm  | Mr. Coan begins direct examination of Special Agent Reed                                                                                                                                        |
| 3:20 pm  | Objection by Mr. Yoo; Court responds                                                                                                                                                            |
| 3:27 pm  | Mr. Coan offers into evidence Exhibit #16; objection by Mr. Yoo; Mr. Coan responds; Court responds; Mr Yoo advises there is no dispute to his residence and vehicle; Mr. Coan stipulates to such |
| 3:30 pm  | Mr. Yoo admits to ownership of firearms Mr. Coan responds - will accept stipulation but will introduce the firearms into evidence                                                               |
| 3:31 pm  | Mr. Coan offers into evidence Exhibit #20; no objection                                                                                                                                         |
| 3:32 pm  | Mr. Coan offers into evidence Exhibit #22; no objection                                                                                                                                         |
| 3:33 pm  | Mr. Coan offers into evidence Exhibit #24; no objection                                                                                                                                         |
| 3:34 pm  | Mr. Coan offers into evidence Exhibit #26; no objection                                                                                                                                         |
| 3:34 pm  | Mr. Coan offers into evidence Exhibit #28; no objection                                                                                                                                         |
| 3:35 pm  | Mr. Coan offers into evidence Exhibit #29; no objection                                                                                                                                         |
| 3:37 pm  | Objection by Mr. Yoo; Mr. Coan responds; Court - sustained                                                                                                                                      |
| 3:38 pm  | Objection by Mr. Yoo; Court responds                                                                                                                                                            |

| | |
|---|---|
| 3:39 pm | Mr. Yoo begins cross examination |
| 3:40 pm | Mr. Yoo addresses the Court regarding Exhibit #5; Court responds |
| 3:44 pm | Mr. Yoo wishes to show Exhibit #2 (U.S. Code); Objection by Mr. Coan; Court - lay a foundation |
| 3:48 pm | Mr. Yoo requests to admit Exhibit #6; Mr. Coan responds; Court responds |
| 3:56 pm | Objection by Mr. Coan |
| 3:57 pm | Jury excused |
| 3:57 pm | Outside the presence of the jury, bench conference |
| 3:59 pm | Recess |
| 4:13 pm | Jury seated |
| 4:13 pm | Mr. Yoo continues with cross examination of Special Agent Reed |
| 4:20 pm | Objection by Mr. Coan; Court responds |
| 4:22 pm | Objection by Mr. Coan; Court - sustained |
| 4:23 pm | Mr. Yoo moves to impeach the witness; Court - lay a foundation |
| 4:24 pm | Mr. Coan moves into the record Exhibits #16 and #17; objection by Mr. Yoo; Court responds - sustains objection to #16 based on the stipulation by the parties as to Mr. Yoo's residence; no objection to #17 be admitted |
| 4:26 pm | Witness excused |
| 4:26 pm | Mr. Yoo questions the Court regarding Exhibit #16; Court responds |
| 4:26 pm | Mr. Machicek calls Jonathan Hoosier |
| 4:27 pm | Mr. Machicek begins direct examination of Mr. Hoosier |
| 4:28 pm | Objection by Mr. Yoo; bench conference |
| 4:29 pm | Mr. Machicek continues with direct examination of Mr. Hoosier |
| 4:34 pm | Objection by Mr. Yoo; Mr. Machicek responds; Court - will allow some latitude |

| | |
|---|---|
| 4:35 pm | Objection by Mr. Yoo; Court - lay a foundation; Mr. Machicek responds; Court will permit it |
| 4:36 pm | Objection by Mr. Yoo |
| 4:36 pm | Objection by Mr. Machicek; Court - sustained |
| 4:37 pm | Mr. Yoo begins cross examination of Mr. Hoosier |
| 4:40 pm | Objection by Mr. Machicek; Court - overruled |
| 4:41 pm | Objection by Mr. Machicek; Court - sustained |
| 4:42 pm | Witness excused |
| 4:42 pm | Mr. Locker calls Warren Keener |
| 4:42 pm | Mr. Locker begins direct examination of Special Agent Keener |
| 4:53 pm | Mr. Locker offers Special Agent Keener as an expert in firearms, trace and interest nexus; no objection |
| 4:55 pm | Mr. Locker offers into evidence Exhibit #21; no objection |
| 4:58 pm | Mr. Locker offers into evidence Exhibit #23; no objection |
| 5:04 pm | Mr. Locker offers into evidence Exhibit #25; no objection |
| 5:09 pm | Mr. Locker offers into evidence Exhibit #27; no objection |
| 5:21 pm | Objection by Mr. Yoo; Court responds - overruled |
| 5:22 pm | Mr. Yoo begins cross examination of Special Agent Keener |
| 5:24 pm | Objection by Mr. Locker; Mr. Yoo responds; Court - overruled |
| 5:26 pm | Objection by Mr. Locker; Court - move along |
| 5:26 pm | Witness excused |
| 5:27 pm | Bench conference |
| 5:30 pm | Mr. Coan advises the Court the United States will rest |
| 5:30 pm | Court informs the jury of the remaining schedule |

| | |
|---|---|
| 5:31 pm | Jury excused |
| 5:32 pm | Outside the presence of the jury, Mr. Haas informs the Court of his desire regarding JMOLs and Rule 29 motions; Mr. Coan agrees that the motions can be submitted on paper and that defendant is not waiving anything by not making an oral motion |
| 5:33 pm | Mr. Yoo discusses his change of address and wishes to call the Court clerk regarding receipt of that change; Court responds; Mr. Machicek responds; Mr. Yoo responds; Court questions Mr. Machicek; Mr. Machicek responds; Court responds; Mr. Haas responds; Mr. Coan responds; Mr. Haas responds; Mr. Yoo responds; Mr. Coan responds; Court responds |
| 5:45 pm | Court instructs parties regarding objections to jury instructions; will hear argument tomorrow morning at 8:15 |
| 5:46 pm | Recess |