USA v. Yoo                    §    6:18-CR-16

Notice of appeal.

Notice is hereby given that L. Frank Coan and Hank Yoo in the above named case, hereby appeal to the US Court of Appeals for the 5th Circuit, from the order denying Motion to Stay entered in this action on 20181109 during pretrial conference.

2018 1|11

In the US District Court For East Tx Tyler Division.

USA

v.

Yoo

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 15 2018
EASTERN DIST. OF TEXAS

6:18 - CR - 16

I am an inmate confined in Gregg Co Jail. Today 20181111, I am depositing the Notice of Appeal in this case in the institution's internal mail system. First Class postage is being prepaid by me.

I declare under the penalty of perjury that the foregoing is true and correct ( See 28 USC §1746 ; 18 USC §1621)

20181111
Hank Yoo



Barn Swallow

SHREVEPORT LA 710

13 NOV 2018 PM 2

USA
FOREVER

US District Court
211 W Ferguson St
Tyler TX 75702.

Hank Yoo 6:18-CR-16
101 E Methvin St
Longview TX 75601.

CLERK'S US DISTRICT COURT
RECEIVED
NOV 15 2018
EASTERN DISTRICT TEXAS