In the U.S. District Court For East TX at Tyler

USA v. You | 6:18-CR-16

Motion to strike
Motion to vacate conviction
Motion to dismiss with prejudice

1. D Ryan Locker
Locker was not listed among the plaintiff's attorney list in the trial exhibit list (dkt #181). To the accused's best knowledge, Locker was not at the pretrial conference either. Due to these factors, any and all witnesses that Locker called, examined, and any and all evidences that Locker submitted should be stricken. [Also Locker had filed 0 motions other than notice of attorney appearance as co counsel. Locker was inactive until the trial. Also it is ridiculous that the prosecution needs 3 attorneys, a case agent, and a secretary present at the prosecution table to go against a pro-se defendant who was fighting with both hands tied behind his back due to detention.]

2. Lucas Machicek     Since Jan 2017
Machicek is a criminal. There is no other way around it. Machicek is (should be) either guilty of 18 USC §1622 or 1623. Machicek has 0 credibility. Machicek also violated his own limine motion that he filed against the accused on numerous occasions and several times called out by the accused. One example of his dishonest and malicious nature is that Machicek claimed that the FBI NICS

did inform specific reasons applicable to the accused and did inform that he had been labelled as a prohibited person under 18 USC §922(g)(4) category when his own exhibits prove otherwise. Any and all witnesses, evidences, ~~and~~ arguments, ~~and~~ and motions throughout this case presented by Machicek should be stricken. [Machicek coached Matthew Lack to commit numerous perjury on witness stand.]

3. L. Frank Coan.

Coan was caught lying to the accused and the court numerous times. Two most blatant lies being §922(g) being an aggravated felony and arrest warrant being displayed to the accused during the arrest of 20180406. Coan has 0 credibility. Any and all motions, arguments, and witnesses presented by Coan ~~th~~ throughout this case should be stricken.

4. James R. Reed.

On the criminal complaint affidavit and search warrant application affidavit, Reed claimed that he has knowledge about the federal gun regulations. His testimony during 2nd detention hearing proved otherwise.

\* Also, to the best of the accused's understanding, only the prosecution's attorney's are supposed to be at the prosecution table. Witnesses especially are not allowed to be at the prosecution table. [James Reed]

It is clear that the case 6:18-CR-16 is ~~filed to~~ infested with prosecutorial misconduct, judicial misconduct, and criminal conspiracy against the accused. It is also ironic ~~how~~ and hypocritical how the accused is getting prosecuted for "Lying on the ATF 4473 form" which was not material at all nor pertaining to the code 18 USC § 924(a)(1)(A), when the prosecution and the court had deliberately and intentionally made numerous material false statements and committed numerous perjuries ~~~~ while keeping the accused detained, under false pretexts and assumptions that the accused is a danger and a flight risk, in a facility without ~~any legal resources nor~~ a law library, ~~or~~ adequate communication method, or docket access hoping that the accused will give into pressure and remain ignorant, so that he will plea out.

This case had been a miscarriage of justice from the start. The accused's conviction should be vacated and this case must be dismissed with prejudice.

[After the verdict, the prosecution said ~~~~ ~~the~~ along with Reed "Now, is Mr. Yoo allowed to possess firearms?" ~~and~~ "No, he's not. He's a felon." This proves that this case was their conspiracy to deprive the accused's gun rights from the beginning.]

2018/1/21



Jong Yoo 6:18-cr-16
B. Methvin St
Onalaska TX 75691

US District Court
211 W Ferguson St
[...]

SHREVEPORT LA
27 NOV 2018

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 28 2018
EASTERN DIST. OF TEXAS