In the US District Court for East TX at Tyler

USA v. Yoo    6:18-cr-16

Notice of unlawful forfeiture / motion to reverse forfeiture.
Notice of perjury and prosecutorial misconduct.
Motion to vacate conviction.

On 20180926, Coan, on his response to my motion for malicious, vindictive, retaliatory prosecution (dkt #101), Coan stated that the certified notice for the four firearm's "seeking administrative forfeiture" was sent to Gregg County Jail on 20180427.

Well, he did not. He lied. Neither I nor the jail has received the notice.

The administrative forfeiture was unlawful. The forfeiture must be reversed. The conviction should be vacated. This case must be dismissed with prejudice.

My malicious prosecution relief should be granted.

20181129

Notice of potential argument.

To the best of my knowledge, my parents told me I was actually conceived in Michigan and my parents went back to Korea while 4 months into pregnancy.

If there is any argument that I should have been a citizen due to conception in a prolife state counts as birth, well I don't know such argument exists or is possible since the court and the prosecution deprived my 6th A right to law library.

2018/128

## GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro-Se)   CELL: Sep 19

PURPOSE OF FORM: (CHECK ONLY ONE)   ID#: 122098
____ GRIEVANCE  ____ MEDICAL ATTENTION
____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)  ✓ OTHER  Mail Record

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
Is there any mail from the DOJ or the ATF dating back to 20180429 which was mailed to me?

INMATE SIGNATURE
DATE: _____

JAILER SIGNATURE: Gray
DATE: 11-25-18   TIME: 0221

REPLY: No

INMATE SIGNATURE
DATE: _____ TIME: _____

JAILER SIGNATURE
DATE: _____ TIME: _____