In the US District Court for E.D. Tyler

USA v. Yoo | 6:18-CR-16

Motion for subpoena
Motion for a hearing.

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 20 2018
EASTERN DIST. OF TEXAS

Following my motion Motion to vacate conviction and dismiss with prejudice (due to the fruits of poisonous tree doctrine) which was recently filed, I request a hearing and subpoena of the following individuals. (I picked out the most essential ones.)

RUPD: E. Ruff (#3768), Sgt T. Wilmot (#3734), Robert Calvert (#3772), Lt. Schleck

Middlesex County Adjuster Sandra Coleman.

(From Temporary orders of 2013 and 2015) John Kwasnik Esq, Joseph Bilal Esq, Fred H Kumpf JSC, Kevin M Shanahan JSC.

from RWJUH reports
Screeners: Kenneth Kautman, Mary Embrescia

Other Screeners from Middlesex County Adjuster's records
Brian L Holson (#54267)
(#5-4843)
Jenys Allende (#25MA084985001)

Carrier Clinic
Asma Nisar (#25MA08347900)
Christabelle D'Souza (#MA 71195)

2018 12

These individuals were <ins>directly</ins> involved in criminal conspiracy and ones responsible for 2013 confinement was part of the poisonous tree.

Since the IFP has been granted, now it let's me subpoena the ACTUAL witnesses, unlike Cour who avoided doing so since he knows ~~that~~ what would happen if he'd



Hank Yw  6:18-cR-16
101 E Methvin st
Longview TX 75601

US District Court
211 W Ferguson
Tyler Tx 75702

SHREVEPORT LA 710

U.S. DISTRICT COURT
RECEIVED
DEC 20 2018
CLERK, EASTERN DIST. OF TEXAS

75702-722093