USA v. Yoo                     6:18-CR-16

Notice of error by clerk.

The exhibits on #49 are exhibits for #47 motion to appeal detention not #48 appealing magistrate's decision.

The exhibits #49 should be forwarded to the US Court of Appeals for the 5th Circuit for the case 18-41027 bail appeal as part of record pursuant to Rule 11(b)(2) of FRAppP.

2018/2/18



SHREVEPORT LA 751 Sent 12/19/18
19 DEC 2018 PM 2 L

US District Court
211 W Ferguson St
Tyler TX 75702

Hank Yoo 6:18-CR-16
101 E Methvin St
Longview TX 75601

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 21 2018
EASTERN DIST OF TEXAS

added:
Notice of error.
The exhibits on #49 are the exhibits for #47 not #48. The exhibits on #49 should be forwarded to the appellate court as part of my bail appeal.