# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-41027

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

HEON JONG YOO, also known as Hank Yoo,

    Defendant - Appellant

Appeals from the United States District Court
for the Eastern District of Texas

Before REAVLEY, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction on its own motion if necessary. *United States v. Arce-Jasso*, 389 F.3d 124, 127 (5th Cir. 2004). In this criminal case, the district court denied defendant's motion for pretrial bail. The defendant appealed. Before this court could take action on the appeal, the district court held trial. The relief the defendant was seeking is no longer available and his appeal of the denial of bail pending trial is therefore moot. *See United States v. Lares-Meraz*, 452 F.3d 352, 355 (5th Cir. 2006) (per curiam).

    The plaintiff has also filed fifteen additional appeals contesting a wide range of decisions by the district court. The appeals are located on the district

court docket at ECF Nos. 257, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 276, and 279. As a general principle, federal appellate courts may review only the final judgment of a district court, which means the conviction and sentence. *See* 28 U.S.C. § 1291; *Berman v. United States*, 302 U.S. 211, 212 (1937). In a criminal case, the sentence is the final judgment. These notices of appeal are premature because the district court has not yet entered judgment, but they could take effect pursuant to Federal Rule of Appellate Procedure 4 at the time the district court enters judgment. *See United States v. Cronan*, 937 F.2d 163, 164 (5th Cir. 1991).

The appeal from the denial of pretrial bail is dismissed as moot. All other notices of appeal are held in abeyance.



**A True Copy**
**Certified order issued Jan 02, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**