In the U.S. District Court of E TX at Tyler

USA v. Yoo                6:18-cr-16

*CLERK, U.S. DISTRICT COURT RECEIVED JAN 17 2019 EASTERN DIST. OF TEXAS*

Motion for immediate release or dismiss with prejudice.

On 2019/01/14, Jeff Bonner retrieved the returned property from Jeff Haas which included a cellphone, a laptop, and a hard drive. I also told Jeff Bonner to visit me with my discoveries that he had so I can go over some digital discoveries.

I demanded that Jeff Bonner be permitted to see me with the returned property from Coan so I can inspect them and Bonner to visit me with Bonner's laptop with my discoveries so I can go over them and extract data and info I need. The jail denied both demands (order from Lt. Luke Whitehead).

As a pro-se defendant/appellant, adequate communication method, docket access, law library access, and discovery access are essential and non-deprivable guaranteed by 5th and 6th amendment of our constitution. The East TX US Marshals, the Tyler US Attorney's office, and the Tyler US District Court know this but they have conspired to deprive me of my right to bail granted by the 8th amendment of our constitution and 18 USC § 3142. (The bail reform act) since the prosecution and the court completely failed to prove that I am a flight risk or a danger to the society, and they conspired with Gregg County Jail to interfere and deter my ability to adequate self representation.

I demand immediate release from custody, or dismissal with prejudice.

                                              2019/01/14