**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **v.** | § | **CRIM. ACTION NO. 6:18CR16** |
| **HEON JONG YOO** | § | |

**ORDER**

The Court **ORDERS** the Government to file responses to Defendant's forfeiture-related motions docketed at Docket Nos. 289, 342, 346 and 349 by **Wednesday, February 6, 2019 at 12 p.m.**

It is so **ORDERED**.

**SIGNED** this 30th day of January, 2019.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE