| AO 436 (Rev. 04/13) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS |
|---|---|
| Read Instructions. | **AUDIO RECORDING ORDER** |

CLERK, U.S. DISTRICT COURT RECEIVED FEB 13 2019 EASTERN DISTRICT OF TEXAS

| 1. NAME Yoo, Heun Jong (Hank Yoo) | 2. PHONE NUMBER Currently detained in Gregg Co. Jail, thus N/A | 3. EMAIL ADDRESS N/A |
|---|---|---|
| 4. MAILING ADDRESS 101 E Methvin St | 5. CITY Longview | 6. STATE TX | 7. ZIP CODE 75601 |
| 8. CASE NUMBER 6:18 cr 16 | 9. CASE NAME USA v. Yoo | DATES OF PROCEEDINGS 10. FROM 20180406  11. TO 20181115 |
| 12. PRESIDING JUDGE Robert W Schroeder | LOCATION OF PROCEEDINGS 13. CITY Tyler/Texarcana  14. STATE Texas |

### 15. ORDER FOR
- ☒ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☒ CRIMINAL JUSTICE ACT
- ☒ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 20181113 | ☒ TESTIMONY (Specify Witness) All witnesses (Trial) | 20181113, 20181114, 20181115 |
| ☒ OPENING STATEMENT (Plaintiff) | 20181113 | | |
| ☒ OPENING STATEMENT (Defendant) | 20181113 | | |
| ☒ CLOSING ARGUMENT (Plaintiff) | 20181115 | ☒ PRE-TRIAL PROCEEDING (Specify) Pre trial conference | 20181109 |
| ☒ CLOSING ARGUMENT (Defendant) | 20181115 | Initial Appearance | 20180406, 20180423 |
| ☒ OPINION OF COURT If thereby | 20181113, 20181114, 20181115 | | |
| ☒ JURY INSTRUCTIONS | 20181115 | ☒ OTHER (Specify) Superceding indictment | 20180425 |
| ☐ SENTENCING | | | |
| ☒ BAIL HEARING | 20180430, 20181010 | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | Upload it to the docket | |
| | ESTIMATE TOTAL | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE [signed] (The government will pay on my behalf.) (I had been declared indigent since 20180406)
19. DATE 20190210

| PROCESSED BY Hank Yoo | | | PHONE NUMBER |
|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID |
| DEPOSIT PAID | | | TOTAL CHARGES 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE 0.00 |

DISTRIBUTION: COURT COPY  ORDER RECEIPT  ORDER COPY

AO 436
(Rev. 04/13)

# INSTRUCTIONS
## GENERAL

**Use.** Use this form to order duplicate audio recordings of proceedings. Complete a separate order form for each case number for which audio recordings are ordered.

**Completion.** Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Mailing or Delivering to the Court.** Mail or deliver two copies to the Office of the Clerk of Court.

**Deposit Fee.** For orders of 20 or more audio recordings, the court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee (if requested, otherwise computed from the court's receipt date).

**Completion of Order.** The court will notify you when the audio recordings are completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19. These items should always be completed.

Item 8. Only one case number may be listed per order.

Item 15. Place an "X" in each box that applies.

Item 16. Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested.

Item 17. Place an "X" in each box that applies. Indicate the number of additional copies ordered.

Item 18. Sign in this space to certify that you will pay all charges upon completion of the order. (This includes the deposit plus any additional charges.)

Item 19. Enter the date of signing.

Shaded Area. Reserved for the court's use.

Hank Yoo  6:18-cr-16
101 E Methvin St
Longview TX 75601

Sent 20190211
SHREVEPORT LA 710
11 FEB 2019 PM 1

US District Court
211 W Ferguson
Tyler TX 75702

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 13 2019
EASTERN DIST. OF TEXAS