District Court USA v. Yoo
Tyler, TX   6:18cr16

I am going to use for sentencing.
Final List.

① Matthew Lack's testimony on 20181010

② FBI-302 by Gregory Harry interviewing Matthew Lack on 20180924 or 0925.

③ Tyler PD report 16028385

④ Andrea Elder's video footage submitted to Tyler PD on 20161202 for the report 16028385

⑤ ATF 4473 record for TE94652

⑥ ATF ROI of 20180406 search.

⑦ Government trial exhibit: pictures of 20180406 search

⑧ Witness: Gregory Harry and James Reed: to confirm that my 2 firearms were in the safe, locked away, mags separately, and ammo separately in ammo boxes, to argue against base level §2K2.1(a)(4)(B) Harry conducted the search

20190226

[signature]

*CLERK, U.S. DISTRICT COURT RECEIVED MAR 01 2019 EASTERN DIST. OF TEXAS*

Tank You Gilberto
[U] E Methvin
Longview Tx 75601

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 01 2019
EASTERN DIST OF TEXAS

Federal District Court
211 W Ferguson
Tyler Tx 75702

Sent 2019/02/26
SHREVEPORT LA
27 FEB 2019 PM 2 L