USA v. Yoo  6:18 cr 16
Supplementary: Dismiss with prejudice — due process violation
Notice to the court re: pro-se

When I proceeded pro-se on 20180823, with the assistance of Attorney Van Cleef, I declared "knowingly and voluntarily exercising this right. And I am aware that I am waiving my 6th Amendment GUARANTEE of effective assistance of counsel (hearing transcript 20180823 5:7-10)

This meant I waive the right to an attorney representation and the guarantee that the representation will be effective, thus right to appeal based on inadequate and ineffective representation. This however does not mean I waive my right to law library access, work product privilege between me and the counsel of choice, docket access, ability to call witness on my behalf, or any right granted to me by the 6th Amendment other than guarantee of effective attorney representation

I did knowingly, intelligently, and voluntarily without any external coercion or intimidation proceeded pro-se on my own free will knowing that it will be difficult and consenting that it will be difficult. Pro-se however does not mean legally deprived and I did not consent to being deprived of access to legal materials nor assistance of the stand-by counsel. Also law library access and docket access are guaranteed by the Federal Performance-Based Detention standards.

20190302
Hawk Yoo

Clerk,

After you register this to the docket

Send me updated docket entry list to 6:18cr16.

I need it for the release pending sentencing appeal.

20190302



Fed District Court
211 W Ferguson
Tyler TX 75702

Hank Yoo 6:18cr16
101 E Methvin St
Longview TX 75601

