District Court

E. Tyler Texas | USA v. Yoo | Judicial Notice

I request a judicial notice that the Tyler PD report 16028385 is a report against Matthew Lack than me.

CLERK, U.S. DISTRICT COURT RECEIVED MAR 13 2019 EASTERN ... TEXAS

20190310