District Court Eastern | Tyler TX | 6:18 cr 6 | Medical immediate release / compel motion

CLERK, U.S. DISTRICT COURT RECEIVED MAR 13 2019 EASTERN DIST. OF TEXAS

Back in July of 2018,

1. I was practicing knee kicks during recreation. As I clinched and brought my right knee up, I felt the some kind of "funny" sensation on my right foot and ankle as if I hit the funny bone. This continued since. Recently I was practicing knee kicks again and I felt the same feeling on my right foot and ankle.

2. In segregation cells, the lights are on at day light level 24/7. This has caused me sleep deprevation, etc. It is impossible to get deep sleep due to this housing condition. Also due to quality of the mattress, sleeping on the sides or the belly is extremely uncomfortable and even painful.

The court should compel the Gregg County Jail to at least dim the light at night.

20190310