IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. 6:18CR 16 |
| HEON JONG YOO | § | |

## NOTICE OF FILING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JEFF L. HAAS, certifying that he is Standby Counsel for Heon Jong Yoo. On March 26, 2019, Standby Counsel, filed with the Clerk of the Eastern District of Texas, a video from the Tyler Police Department that Heon Jong Yoo had subpoenaed. Standby Counsel would certify that he played this exhibit for the Defendant at the Gregg County Jail on Monday, March 25, 2019.

Respectfully submitted,

JEFF L. HAAS
Attorney at Law
100 East Ferguson, Suite 908
Tyler, Texas  75702
(903) 533-8015

  /S/     Jeff Haas
JEFF L. HAAS
STATE BAR NO. 08659600
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

On this the 26th day of March, 2019, I, JEFF L. HAAS, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

1. Frank Coan
   Frank.Coan@usdoj.gov

/s/ Jeff Haas
JEFF L. HAAS