District Court

Tyler TX   | Gilbert G |   Judicial Notice

Judicial notice of these forms.

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 2 6 2019
EASTERN DIST. OF TEXAS

20190318

INMATE REQUEST GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: _Yoo Heun_ _____ CELL: _See 1a____

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)    ID#: _127095_____
_____ GRIEVANCE   _✓_ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER _____
REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
_____ Fell hit head _____
_____
_____
_____

                                    R. Clark

DATE: _____    DATE: _3.5.19_____ TIME: _6:55___
        INMATE SIGNATURE                JAILER SIGNATURE

REPLY: _N/V completed._____
_____ PROPUBIAN  0220  3/6/19_____
_____ PROPUBIAN_____

DATE: _____ TIME: _____    DATE: _3/6/19___ TIME: _0220___
        INMATE SIGNATURE                JAILER SIGNATURE

SPECIAL COMMUNICATION REQUEST OR GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Prose) (Federal)     CELL: Sep19

PURPOSE OF FORM: (CHECK UNDERLINE ONLY ONE)     ID#: D9098
_____ GRIEVANCE     ✓ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER MRI/XRAY

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

Since neither Gregg County nor the US Marshals are going to be required and provide me MRI/XRAY, my mom is willing to pay. I need y'all to transport me to an orthopedic surgeon after my mom hires one. If a surgeon requires a bill, you use to let him in for a contact medical visit.

DATE: 20196232     DATE: 5/23/19     TIME: 0400
INMATE SIGNATURE          JAILER SIGNATURE

REPLY: If you are having medical issues please contact medical at the North Jail. We will follow the Doctors orders.

                                                    LT. NB

DATE: _____ TIME: _____     DATE: _____ TIME: _____
INMATE SIGNATURE                    JAILER SIGNATURE

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Too (Pro Se) (Federal)  CELL: Sep 19

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)  ID#: 220948

____ GRIEVANCE ____ MEDICAL ATTENTION
____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) ____ OTHER Officer Sergeant +

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

Since neither Gregg County nor the US Marshals are going to report the law and needed MRI/XRAY, no one is going to hire us to do MRI/XRAY. If surgeon comes to visit, require to let him/her in to contact medical unit. If I have to be transported I shall be transported.

INMATE SIGNATURE

DATE: 20/9/22 22   DATE: 9/25/19   TIME: 0400

REPLY: If you are having medical issues please contact medical at the Gregg county Noris Jail, We will follow the Doctors orders.

C.T. Nobbs

INMATE SIGNATURE   JAILER SIGNATURE

DATE: _____ TIME: _____   DATE: _____ TIME: _____

KNOX COUNTY JAIL INMATE REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yao (Pro-se) (Federal)    CELL: Sep'9

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)    ID#: P20098    Emergency
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)    ✓ OTHER   Indigent Envelope

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
The district court held me in jail since 20180400. I had been
granted IFP for appeal.
I need blank envelope and stamps immediately for legal mail.

INMATE SIGNATURE  [signature]
DATE: 20190222    JAILER SIGNATURE [signature]    DATE: 2/23/19    TIME: 0400

REPLY: _____

INMATE SIGNATURE [signature]
DATE: _____ TIME: _____    JAILER SIGNATURE [signature]    DATE: 3/1/19    TIME: _____

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Paul) (Federal)     CELL: Sep19.

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: D20099
_____ GRIEVANCE   _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)   ✓ OTHER  Bad Haircut. remedies

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
I am approaching sentencing hearing. Highly likely it will be next week
or a week like that. Last time Immanuel Ibarra gave me a haircut. Ibarra is
usually good but this time he made a significant mistake. I need my hair
redone. As a federal detainee, the ideal I am entitle time to have access to himself it will.

DATE: 20190722   DATE: 7/3/__   TIME: 0400

REPLY: _____ It will be Thur/Fri/S on thursday _____

DATE: _____ TIME: _____   DATE: _____ TIME: 04:00

NAME: Hank Yoo (Prose)     CELL: Sep 19

(ONLY ONE REQUEST PER FORM)

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)     ID#: 122098
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER ___paul copies___

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

2 copies of these 5 front and back pages

INMATE SIGNATURE
DATE: 2019 0221     DATE: 2/21/19     TIME: 10:39

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPLY: Copies made. Couldn't copy front + back.

INMATE SIGNATURE
DATE: _____ TIME: _____     DATE: 2/22/19     TIME: 0121

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yu (Project) (Federal)     CELL: _____

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: 022098

_____ GRIEVANCE     ✓ MEDICAL ATTENTION

_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER  Running shoes.

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

I have knee pain, I need medical clearance for running shoe, and back pain. I need to see a ___ surgeon

INMATE SIGNATURE _____ 20190515

DATE: _____     DATE: 03-16-19     TIME: 6:00

------------------------------------------------------------------------

REPLY: _____ Placed on next available provider list.

3-16-19  1125

INMATE SIGNATURE _____

JAILER SIGNATURE _____

DATE: _____     TIME: _____     DATE: 3-16-19     TIME: 1602

GREGG COUNTY JAIL - REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

_____ You (Fed) (Burse)                        CELL: _Sep 14_

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)    ID#: _22098_
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) ✓ OTHER _Haircut_

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
I was told sep cell I get haircut on thursdays. Give me a haircut please
I requested

INMATE SIGNATURE
DATE: _20/103 07_          DATE: _3/7/19_   TIME: _8114_
                          JAILER SIGNATURE    R. Phillips

REPLY: _____ Haircut given

INMATE SIGNATURE
DATE: ____ TIME: ____     DATE: _3.8.19_   TIME: _0800_
                          JAILER SIGNATURE   R. Clark

GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yus (Pro-se) (Federal)     CELL: Sep 19

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: 122098

___✓___ GRIEVANCE  _____ MEDICAL ATTENTION

_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Room temperature and A/C.

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

Are maintenance people trying to match my room temperature with their IQ? They are still blasting A/C down on my cell. Are they going to take responsibility if I get ill because my immune system goes down?

INMATE SIGNATURE: _____

DATE: 20190225     JAILER SIGNATURE: H. Douglas     DATE: 2/25/19     TIME: 2029

REPLY: This is not a grievance but will have some one check the temp.

INMATE SIGNATURE: _____

DATE: _____  TIME: _____     JAILER SIGNATURE: BRogers     DATE: 22/19  TIME: 1321

NAME: Hank You (Pro-Se) (Federal)    CELL: Sep19

(ONLY ONE REQUEST PER FORM)

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)   ID#: D2098    Re: Assault. Artenga Chris C

☑ GRIEVANCE    ___ MEDICAL ATTENTION

___ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) ___ OTHER Appeal to Maxey Certiano

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

Julio Artenga assaulted me on 2019/01/31 around 1930 ~ 1430 hours at corridor 9. I requested over and over again to review the video footage. Callaway denied me from reviewing the video footage and said it was a justified use of force. Justified use of force is limited to self defense, defense of others and property under a clean and apparent physical threat. I demand to see the video.

INMATE SIGNATURE             JAILER SIGNATURE

DATE: 2019/02/21      DATE: 02/21/19   TIME: 2001

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPLY: Mr. Yoo — Chief Callaway (me) — I have not looked at this yet now. I will review the incident when I get all the reports etc. Jcallaway 2/25/19

A. Hott

INMATE SIGNATURE             JAILER SIGNATURE

DATE: _____ TIME: _____    DATE: 2-27-19 TIME: 0243

GREGG COUNTY JAIL - REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank You (Fred) (Par-se)     CELL: Sep 19

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)   ID#: 122098     Re: 20190802 0423:
_____ GRIEVANCE   _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)   OTHER _Haircut._

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
I did receive it last week. However he gave me a ~~cut~~ somewhat defective
haircut so I need repair and remedy.
And what part of ~~READILY~~ READILY AVAILABLE do you not comprehend? I will not get
denied of service that I paid tax for.

INMATE SIGNATURE [signature]   DATE: 20190302

JAILER SIGNATURE C Moore   DATE: 3·1·19   TIME: 0615

---

REPLY: Haircuts. are given on Night shift thats up-team
get with Night shift staff

INMATE SIGNATURE _____   TIME: _____

JAILER SIGNATURE [signature] Brian   DATE: 3-2-19   TIME: 1219

GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Vu (Pro-Se) (Federal)     CELL: Sep19

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)     ID#: D2098
____ GRIEVANCE ____ MEDICAL ATTENTION
____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) ✓ OTHER Legal Code

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
Texas Appellate Code 52.7 and 52.3
Texas Rules of Appellate Procedure

DATE: ____ INMATE SIGNATURE 20190302     DATE: 3/3/19 JAILER SIGNATURE     TIME: 0336

REPLY: ____

____ INMATE SIGNATURE ____ TIME: ____     R. Clark JAILER SIGNATURE
DATE: ____ TIME: ____     DATE: 3.3.19     TIME: 0542

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yee (Pro Se) (Federal)      CELL: Sep 19

PURPOSE OF FORM: (CHECK ONLY ONE)      ID#: 122098      Re: 20190302 0423

_✓_ GRIEVANCE _____ MEDICAL ATTENTION

_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Haircut remedies /repair

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

I know I received it last week. However it was inadequate, and it needs repair. What part of readily available do you not comprehend? I also am paid much more favor than degenerates who end up here on regular basis so do not subject me to the same standards as peasants. I will not tolerate communism forced upon me. I am high maintenance. If you don't like it tell the USMS.

INMATE SIGNATURE _____ DATE: 20190302      DATE: 3/2/19      TIME: 2298

REPLY: _____ Duplicate _____

INMATE SIGNATURE _____

DATE: _____ TIME: _____      DATE: 03/04/19      TIME: 0558

INMATE REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yos (Fed)(Pro-se)　　　CELL: Sep 19

PURPOSE OF FORM: (CHECK <u>ONLY ONE</u>)　ID#: M2098
✓ GRIEVANCE　____ MEDICAL ATTENTION
____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)　____ OTHER Water temperature

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
Is maintenance trying to match the water temp with their IQ? Why don't I get enough hot water thea days In the 1st World country?

DATE: INMATE SIGNATURE 20190228　DATE: JAILER SIGNATURE 02/28/19　TIME: 829

REPLY: This is not a grievance
Sgt Greg 3/2/19

INMATE SIGNATURE　TIME: ____　DATE: 3.2.19　JAILER SIGNATURE　TIME: 1705

KNEE COUNTY INMATE REQUEST/GRIEVANCE

(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro-se)                    CELL: Sep19

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: 122098
___✓___ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Video footage of assault.

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
I need to review the video footage of Arteaga assaulting me. This occurred
to the best of my knowledge, on 20190131 1330-1430 hours at corridor 9. I am
going to press charges against Arteaga and I am not going to provide any false data
among my criminal complaint to the court.

INMATE SIGNATURE
DATE: 20190206        DATE: 2-6-19    TIME: 0449    JAILER SIGNATURE

-------------------------------------------------------------------------------------

REPLY: Please Feel Free To Subpoena Video Footage.
Requesting Footage is not a Grievance.

Lt Tidd

INMATE SIGNATURE
DATE: _____ TIME: _____    DATE: 2-20-19  TIME: 1750    JAILER SIGNATURE
B Rogers

GREGG COUNTY JAIL — REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro se)          CELL: Sep19

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: 122098
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Legal copies

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
2 copies of these 5 front and back pages

DATE: 2014 0221        INMATE SIGNATURE          DATE: 2/22/19  JAILER SIGNATURE  TIME: 0304

REPLY: Copies made. Couldn't copy front + back.

DATE: _____ INMATE SIGNATURE TIME: _____    DATE: 2/22/19  JAILER SIGNATURE  TIME: 0421

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro-se) (Federal)     CELL: Sep19

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: 122098     Work product
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Luke Whitehead's response 20190215

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
Texas administration overrides the federal rules of evidence?
Are you conspiring to obstruct my self representation rights!
Worse, are you conspire to commit sedition against the US?
Also, why are you intercepting my appeal? Is your name Jeff Callaway?

DATE: 20190219        DATE: 21201\4    TIME: 0630
INMATE SIGNATURE       JAILER SIGNATURE

------------------------------------------------------------------------

REPLY: What are you needing.

DATE: _____ TIME: _____    DATE: _____ TIME: _____
INMATE SIGNATURE                 JAILER SIGNATURE

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yu (Pro-se) (Federal)     CELL: Sep 9

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: D2098     I have no conflicts with anyone at CB-6

___✓___ GRIEVANCE  _____ MEDICAL ATTENTION

_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)  _____ OTHER (grievance) Housing status

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

At this point there is no need for me to be at a sep cell. I was transported here because Guye and Ware were harassing me so I requested to be transported here to avoid potential fights, and I needed peace and quiet as a pro-se defendant. Now my revised PSI is out, I'm waiting to be sentenced and transported to a federal facility. Plus I have legal books that I want to share with other detainees considering that Gregg Co. does not have a law library.

INMATE SIGNATURE

DATE: 2019 02 24     DATE: 2/25/19  TIME: 0045

REPLY:  You are to remain in sep @ this time

INMATE SIGNATURE

DATE: _____  TIME: _____     DATE: 2-25-19  TIME: 0120

JAILER SIGNATURE: W Whiteley

## GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Too (Pro-Se)     CELL: Sep19

PURPOSE OF FORM: (CHECK ONLY ONE)    ID#: 122098

_✓_ GRIEVANCE _____ MEDICAL ATTENTION

_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Name and badge number

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) — BE SPECIFIC:

On 20190218 I requested legal copies. It was picked up around 1928. On 20190219 at 0715 hours, Guard Fuller brought these papers back without copies and informed me that Cpl Russel told him to bring them back to me. This kind of delay and negligence is unacceptable. For the future reference, I need name and badge number for Cpl Russel, Full (The chick Cpl Russel, not the dude)

DATE: 20190219    DATE: 2/20/19    TIME: 0630

INMATE SIGNATURE      JAILER SIGNATURE

--------------------------------------------------------

REPLY: Victoria Russell

INMATE SIGNATURE      JAILER SIGNATURE

DATE: _____ TIME: _____    DATE: _____ TIME: _____

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro se)        CELL: Sep19

PURPOSE OF FORM: (CHECK ONLY ONE)   ID#: 122098   Re: 20190216 2238h
✓ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Commission of Assault Investigation.

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
1. Define a justified use of force. 2. Is Chief Callaway concluding it as a justified use of force based on an actual factual evidentiary basis or hearsay from Arteaga? 3. If Callaway can prove beyond reasonable doubt that it was a justified use of force, why is he afraid of me viewing the video? 4. Is Callaway conspiring to obstruct a criminal investigation and deprive my C/S rights?

DATE: 20190216    DATE: 2-16-19    TIME: 0040

-----

REPLY: ONE REQUEST PER FORM, YOU WILL NOT BE ALLOWED TO VIEW VIDEO.

LT. Reynolds
2.21.19

DATE: _____ TIME: _____    DATE: _____ TIME: _____

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Too (Pro-se)                CELL: Sep 19

PURPOSE OF FORM: (CHECK ONLY ONE)    ID#: D2098
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _✓_ OTHER  Haircut.

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

Sepcell haircuts are supposed to be thursdy wlyhts.
Put me on schedule.

I did not get a haircut over a month and half. That's unacceptable as a
federal client.

INMATE SIGNATURE

DATE: 20140221    DATE: 02/21/19    TIME: 2001

JAILER SIGNATURE

REPLY: You'll get one tonight.

INMATE SIGNATURE    TIME: _____    DATE: 02/21/19    TIME: 2042

JAILER SIGNATURE

GREGG COUNTY JAIL - REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro Se)          CELL: Sep 19

PURPOSE OF FORM: (CHECK ONLY ONE)     ID#: P22098
__✓__ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER Name and badge number.
REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
I need FULL name and badge number for N. Sparks. She claimed word by
word "I don't care about the federal laws" and she walked off when I asked her
for the legal basis of taking my secondary blanket. Pursuant to the Federal Performance
Based Detention Standards F.3.8, I am entitled to multiple blankets if multiple blankets
are needed for
comfort or given temperature
and other conditions.

INMATE SIGNATURE
DATE: 20190206          DATE: 2-6     TIME: 091

REPLY: One Item per form

LT Tibbs
Brooks

INMATE SIGNATURE
DATE: _____ TIME: _____     DATE: 2-20-19  TIME: 0750

## GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank You (Fed) (Pro-se)        CELL: Sep 19

PURPOSE OF FORM: (CHECK ONLY ONE)    ID#: D2098
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)    ✓ OTHER Cpl Hagler re: property

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
Today around 1630 I was notified by Ms. Pierce, that I received the book "Phantom" by Terry Goodkind, which I had been waiting ≈ 3 weeks for. I requested this book to Ms. Lacy last week and earlier this week but when Ms. Lacy brought my books out this Tuesday I did not have this book in my property. Now since it is here, please let me get it.

INMATE SIGNATURE _____        DATE: 20190306        JAILER SIGNATURE R. Cole    DATE: 3.6.19    TIME: 2238

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPLY: You have received the book

INMATE SIGNATURE _____    TIME: _____        JAILER SIGNATURE _____    DATE: _____    TIME: _____
DATE: _____

(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro-Se)      CELL: Sep 19

PURPOSE OF FORM: (CHECK ONLY ONE)  ID#: 122098
_____ GRIEVANCE  _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY)  ✓ OTHER 1st Lt / Lake Whitehead

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
I was told you are the 1LT and other are 2LT, Contrary to what some guards even some officers claim, I did not threaten to kill Gage and Wave because of their view, nor race. I said they were physically harassing me and I should be transported before I have to kill them in SELF DEFENSE. I would like to be transported back to population. Except for these two, I do not really have problems with other.

DATE: 2014 02 01  INMATE SIGNATURE    DATE: 3/11/19  JAILER SIGNATURE H. Peralta  TIME: 2026

REPLY: You have been house in separation for the success and security of the facility.

DATE: _____  INMATE SIGNATURE  TIME: _____  DATE: 3.8.19  JAILER SIGNATURE  TIME: 1500  J. Whitehead 3-7-19

GREGG COUNTY JAIL REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Hank Yoo (Pro-se)(Federal)          CELL: Sep 14

PURPOSE OF FORM: (CHECK ONLY ONE)  ID#: 122048
_____ GRIEVANCE _____ MEDICAL ATTENTION
_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) __✓__ OTHER  Glasses

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:
Once I receive the new replacement glasses from my mom (Probably sometime this or next week) do I need to turn my broken glasses into the property?

INMATE SIGNATURE            Herrell
DATE: 2019/03/11      DATE: 3.11.19    TIME: 2318
                      JAILER SIGNATURE

REPLY: Yes

INMATE SIGNATURE            SMartin
DATE: _____ TIME: _____    DATE: 3.12.19    TIME: 1542
                                JAILER SIGNATURE

Hank You 6:18cr16
101 E McMhuln
Loy utur TX 7560

Federal District Court
211 W Ferguson
Tyler Texas 75702

