District Court USA
Tyler Texas
6:18 cr 16

CLERK, U.S. DISTRICT COURT
RECEIVED
APR - 2 2019
EASTERN DIST. OF TEXAS

Motion to compel Gregg County Jail and clerk's office
Motion for immediate release.

First of all, pursuant to the Federal Performance Based Detention Standards, section G.3.5., excluding holidays, weekends, and emergencies, incoming and outgoing letters may not be held more than 24 hours and packages more than 48 hours. My glasses were held by the Gregg County Jail for longer than 96 hours. That is completely unacceptable.

Then I was denied from receiving it because it's a sports glasses with a rubber band (which would, according to the Gregg County Jail staff, be considered a weapon; while they allow metal framed glasses which can be used as a shank much more easily.) This is absolutely unacceptable.

I am not to be denied from my medical rights. I need both contacts AND glasses.

I demand the court to compel Gregg County Jail to release my glasses.

I demand the court to compel the clerk's office to send me paperwork for a federal lawsuit.

I demand immediate release.

20190327.

Thank You 6:18cr16
(D) E Methvin
Longview TX 75601

CLERK, U.S. DISTRICT COURT
RECEIVED
APR - 2 2019
EASTERN DIST. OF TEXAS

SHREVEPORT LA 710
29 MAR 2019 PM 3

Federal DISTRICT court
211 W FERGUSON
TYLER, TEXAS 75703


Barn Swallow