IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 6:18-CR-16 |
| | § | (Judge RWS/KNM) |
| HEON JONG YOO | § | |
| a/k/a "HANK YOO" | § | |

**GOVERNMENT'S NOTICE OF EXHIBITS
AND WITNESSES FOR SENTENCING**

Pursuant to the Court's Order dated April 16, 2019 (Doc. No. 453), the United States of America files this notice of exhibits and witnesses for sentencing.

With respect to exhibits, the government intends to rely on the evidence that was already admitted during trial. (*See* Doc. No. 253.) In addition, the government identifies the following exhibits:

| | **EXHIBIT** |
|---|---|
| 1. | Photographs from 4/06/18 search warrant |
| 2. | Tyler Police Department Investigation Report, Case No. 16-028385 |
| 3. | Video of 12/02/16 incident produced by Tyler Police Department produced in response to 3/08/19 subpoena |

Regarding witnesses, the government identifies the following individuals:

| | WITNESS | WILL CALL | MAY CALL |
|---|---|---|---|
| 1. | Special Agent James Reed<br>Bureau of Alcohol, Tobacco, Firearms and | | X |
| 2. | TFO Gregory Harry<br>Federal Bureau of Investigation | | X |

JOSEPH D. BROWN
UNITED STATES ATTORNEY

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:18-CR-16 |
| | § | (Judge RWS/KNM) |
| HEON JONG YOO | § | |
|    a/k/a "HANK YOO" | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served on the defendant via U.S. mail and on defendant's standby counsel via the Court's ECF system on this the 26th day of April, 2019.

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.