District Court | USA v. Yoo | Sentencing Memorandum
Tyler Texas | 6:18cr16 | Request for departure

CLERK, U.S. DISTRICT COURT RECEIVED MAY 08 2019 EASTERN DIST. OF TEXAS

For sentencing memorandum, it would be redundant to restate everything. Just see my objections to initial PSI and suggested sentence. (dkt #368)

I will however reinforce my argument against +4 increase with the new evidence from the Smith County

In terms of downward departure, I do not access to US Sentencing guidelines, therefore other than downward departures described on USSG §2K2.1, I do not know what other downward departures are available. (Thanks to US Marshals of East Texas, Love, and Schneder's conspiracy to deprive me of my access to a law library.)

I am mentally sound. I always had been mentally sound and competent. I was completely sane, functioning and mentally sound when I checked US Citizen and possessed firearms. Therefore diminished mental capacity is not applicable for me in terms of downward departure.

2019-0502
Hunk Yoo

Hank Yoo
101 E Methvin
Longview TX 75601

6:18-cr-16

Federal District Court
211 W Ferguson
Tyler TX 75702