AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## EASTERN    DISTRICT OF    TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>HEON JONG YOO | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  6:18-CR-16-1(rws) |

| PRESIDING JUDGE<br>Robert W. Schroeder, III | PLAINTIFF'S ATTORNEY<br>Frank Coan/Lucas Machicek | DEFENDANT'S ATTORNEY<br>Heon Jong Yoo (pro se) Jeff Haas |
|---|---|---|
| TRIAL DATE (S)<br>May 14, 2019  Sentencing Hrg | COURT REPORTER<br>Theresa Sawyer (Contract) | COURTROOM DEPUTY<br>Shedera Combs |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | GOVERNMENT EXHIBIT LIST |
| 1 | | 5/14/2019 | X | X | Incident Report Case # 16-028385 dated 12/02/2016 |
| | | | | | |
| | | | | | |
| | | | | | DEFENSE EXHIBIT LIST |
| | 1 | 5/14/2019 | X | X | Indictment charging Heon Yoo, 241st District Court of Smith County, TX dated 1/26/2017 |
| | 2 | 5/14/2019 | X | X | Indictment charging Heon Yoo, 241st District Court of Smith County, TX dated 4/203/2017 |
| | 3 | 5/14/2019 | X | X | Mot for Dismissal, 241st District Court Smith County, TX case # 241-0576-17 6/27/17 |
| | 4 | 5/14/2019 | X | X | Photos |
| | 5 | 5/14/2019 | X | X | Compact Disc - Stored in the Texarkana Clerk's Office exhibit cabinet |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.