

**Defendant's Exhibit No. 4**































Conditions of Lease for Jonathan Hoosier.

1. No drinking.

2. No disrespecting Hank Yoo.

3. No making mess in the kitchen.

4. No blasting movies at night.

5. No uninvited guests.

6. Pay 50% of the internet.

If any conditions are violated, Hank Yoo reserves right to evict Jonathan Hoosier immediately.

Lease Holder

500515475-

20171104
HY

Occupant.

20171104

























