
100
DEADLY
SKILLS
SURVIVAL EDITION
The SEAL Operative's Guide to Surviving in the Wild and Being Prepared for Any Disaster
Navy SEAL, Ret.
CLINT EMERSON
Author of the New York Times bestseller 100 Deadly Skills
100 DEADLY SKILLS
ROBERT GREENE
THE ART OF SEDUCTION
THE ART OF
100 DEADLY SKILLS
TALES OF DELTORA
LIB
DEFI








Evidence Identification Tag
1. Case Number
2. Date
3. Office Location
4. Exhibit No.
5. Description of Article
6. Taken From
Received From
Found At: (Person or Location)


PERMANENT RESIDENT CARD
NAME YOO, HEON JONG
A# 087-497-193
Sex
M
08/14/19
08/14/09
대 한
REPUBLIC
UNITED STATES OF AMERICA
PERMANENT RESIDENT
Surname
YOO
Given Name
HEON JONG
USCIS#
087-497-193
Category
E10
Country of Birth
Korea, South
Date of Birth
28 AUG 1993
Sex
M
Card Expires:
02/16/26
Resident Since:
08/14/09

# Health Information Management

## Release of Information

______________________________

Patient Name

**Confidentiality Notice:**
The information contained in this envelope is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this information in error, please notify us immediately by calling 903-531-8951.

ETMC

East Texas Medical Center
Regional Healthcare System


SOUTHSIDE MOTOR BANK
CARMAX
TEXAS
KHY 7093
The Lone Star State
carmax.com
Trump
2020
FOCUS
SE









TEXAS DEPARTMENT OF PUBLIC SAF

TEMPORARY PERMIT VALID UNTIL 05-27-2018



DL/ID/UNL NUMBER: 40601434 CLASS: C LICENSE TYPE: DL
RESTRICTION CODE: A ENDORSEMENT CODE: NONE

NAME: YOO,
HEON JONG

ADDRESS:
6003 OLD BULLARD ROAD APT 245
TYLER, TX 75703

DATE OF BIRTH: 08-28-1993 EXPIRATION DATE: 08-28-2022
SEX: M HEIGHT: 5' 09" ISSUANCE DATE: 03-28-2018
EYE COLOR: BRO

SIGNATURE: ______________________

EMPLOYEE ______________________

