IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 6:18-CR-00016-RWS |
| v. | § § § § | |
| HEON JONG YOO | § § | |

## ORDER

On May 14, 2019, the Court held a sentencing hearing for Defendant Heon Jong Yoo. During the hearing, the Defendant and his stand-by counsel orally moved for various forms of relief.  The Court considered the oral motions and ruled as follows:

Defendant's motion to have his ankle restraints removed was **DENIED**;

Defendant's motion to strike the testimony of Matthew Lack from the detention hearing held on October 10, 2018 was **DENIED**;

. Defendant's motion to dismiss the case with prejudice was **DENIED**;

Defendant's motion to transfer all records and transcripts in this matter to the appellate court was **GRANTED**;

Defendant's motion for video and audio recordings of the sentencing hearing held on May 14, 2019 was **DENIED**; and

Defendant's stand-by counsel's motion to withdraw as stand-by counsel was **GRANTED**.

All relief not previously granted, during the sentencing hearing or otherwise, is hereby **DENIED**.

It is so **ORDERED**.

**SIGNED this 15th day of May, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE