# Detainee Spending History

**Yoo, Heon  (122098)**

Location: NJE

From 11/1/2018 To 5/9/2019 11:59:59 PM



**Starting Balance: $83.64**

**Ending Balance: $50.44**

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1492512 | 11/1/2018 1:05 PM | Inmate Bill Payment | Phone Time Purchase #3238851 | ($21.65) | $61.99 |
|  |  | Phone Time  ($20.00) |  |  |  |
|  |  | Phone Time Tax  ($1.65) |  |  |  |
| 1492753 | 11/1/2018 8:20 PM | Inmate Bill Payment | Phone Time Purchase #3240797 | ($43.30) | $18.69 |
|  |  | Phone Time  ($40.00) |  |  |  |
|  |  | Phone Time Tax  ($3.30) |  |  |  |
| 1493940 | 11/3/2018 11:28 AM | Inmate Add |  | $100.00 | $118.69 |
| 1493955 | 11/3/2018 12:20 PM | Inmate Bill Payment | Phone Time Purchase #3245783 | ($21.65) | $97.04 |
|  |  | Phone Time  ($20.00) |  |  |  |
|  |  | Phone Time Tax  ($1.65) |  |  |  |
| 1494237 | 11/3/2018 11:23 PM | Inmate Bill Payment |  | ($27.40) | $69.64 |
|  |  | Copies  ($27.40) |  |  |  |
| 1494449 | 11/4/2018 4:55 PM | Inmate Bill Payment | Phone Time Purchase #3250489 | ($21.65) | $47.99 |
|  |  | Phone Time  ($20.00) |  |  |  |
|  |  | Phone Time Tax  ($1.65) |  |  |  |
| 1495178 | 11/5/2018 7:17 AM | Inmate Bill Payment | Order 1955 | ($29.48) | $18.51 |
|  |  | Commissary  ($28.65) |  |  |  |
|  |  | Taxes  ($0.83) |  |  |  |
| 1495696 | 11/5/2018 6:40 PM | Inmate Add |  | $150.00 | $168.51 |
| 1495749 | 11/5/2018 8:40 PM | Inmate Bill Payment | Phone Time Purchase #3254889 | ($21.65) | $146.86 |
|  |  | Phone Time  ($20.00) |  |  |  |
|  |  | Phone Time Tax  ($1.65) |  |  |  |
| 1495798 | 11/6/2018 5:15 AM | Inmate Add |  | $50.00 | $196.86 |
| 1496115 | 11/6/2018 8:10 PM | Inmate Bill Payment | Phone Time Purchase #3258008 | ($21.65) | $175.21 |
|  |  | Phone Time  ($20.00) |  |  |  |
|  |  | Phone Time Tax  ($1.65) |  |  |  |
| 1496554 | 11/7/2018 6:55 AM | Inmate Bill Payment | Order 1958 | ($37.14) | $138.07 |
|  |  | Commissary  ($37.14) |  |  |  |
| 1496804 | 11/7/2018 9:40 PM | Inmate Bill Payment | Phone Time Purchase #3261609 | ($32.48) | $105.59 |
|  |  | Phone Time  ($30.00) |  |  |  |
|  |  | Phone Time Tax  ($2.48) |  |  |  |
| 1497698 | 11/9/2018 5:25 PM | Inmate Bill Payment | Phone Time Purchase #3267067 | ($32.48) | $73.11 |
|  |  | Phone Time  ($30.00) |  |  |  |
|  |  | Phone Time Tax  ($2.48) |  |  |  |
| 1498007 | 11/10/2018 6:30 PM | Inmate Bill Payment | Phone Time Purchase #3270786 | ($64.95) | $8.16 |
|  |  | Phone Time  ($60.00) |  |  |  |
|  |  | Phone Time Tax  ($4.95) |  |  |  |
| 1498512 | 11/12/2018 3:36 AM | Inmate Bill Payment |  | ($1.20) | $6.96 |
|  |  | Copies  ($1.20) |  |  |  |
| 1499520 | 11/12/2018 9:43 PM | Inmate Add |  | $150.00 | $156.96 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1499528 | 11/12/2018 9:46 PM | Inmate Add | | $50.00 | $206.96 |
| 1499778 | 11/13/2018 7:25 PM | Inmate Bill Payment | Phone Time Purchase #3280378 | ($32.48) | $174.48 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1499825 | 11/13/2018 9:05 PM | Inmate Bill Payment | Phone Time Purchase #3280880 | ($21.65) | $152.83 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1500522 | 11/14/2018 8:35 PM | Inmate Bill Payment | Phone Time Purchase #3283981 | ($43.30) | $109.53 |
| | | Phone Time  ($40.00) | | | |
| | | Phone Time Tax  ($3.30) | | | |
| 1501238 | 11/16/2018 3:15 PM | Inmate Bill Payment | Phone Time Purchase #3289049 | ($21.65) | $87.88 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1501361 | 11/16/2018 7:20 PM | Inmate Bill Payment | Phone Time Purchase #3290215 | ($21.65) | $66.23 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1502050 | 11/17/2018 8:26 PM | Inmate Bill Payment | | ($0.75) | $65.48 |
| | | Prn Med's  ($0.75) | | | |
| 1502183 | 11/17/2018 10:30 PM | Inmate Bill Payment | | ($7.20) | $58.28 |
| | | Copies  ($7.20) | | | |
| 1502907 | 11/18/2018 1:39 PM | Inmate Bill Payment | Order 1964 | ($3.57) | $54.71 |
| | | Commissary  ($3.57) | | | |
| 1503809 | 11/19/2018 3:10 PM | Inmate Bill Payment | Phone Time Purchase #3299014 | ($10.83) | $43.88 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1503838 | 11/19/2018 4:45 PM | Inmate Bill Payment | Phone Time Purchase #3299419 | ($10.83) | $33.05 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1503849 | 11/19/2018 6:18 PM | Inmate Add | | $150.00 | $183.05 |
| 1503854 | 11/19/2018 6:23 PM | Inmate Add | | $50.00 | $233.05 |
| 1504176 | 11/20/2018 11:30 AM | Inmate Bill Payment | Phone Time Purchase #3301418 | ($21.65) | $211.40 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1504566 | 11/20/2018 3:02 PM | Inmate Bill Payment | | ($0.75) | $210.65 |
| | | Prn Med's  ($0.75) | | | |
| 1504822 | 11/20/2018 6:05 PM | Inmate Bill Payment | Phone Time Purchase #3302815 | ($10.83) | $199.82 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1504828 | 11/20/2018 6:25 PM | Inmate Bill Payment | Phone Time Purchase #3302915 | ($10.83) | $188.99 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1504868 | 11/20/2018 7:10 PM | Inmate Bill Payment | Phone Time Purchase #3303118 | ($21.65) | $167.34 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1505246 | 11/21/2018 6:05 PM | Inmate Bill Payment<br>Phone Time ($10.00)<br>Phone Time Tax ($0.83) | Phone Time Purchase #3305987 | ($10.83) | $156.51 |
| 1505257 | 11/21/2018 6:55 PM | Inmate Bill Payment<br>Phone Time ($30.00)<br>Phone Time Tax ($2.48) | Phone Time Purchase #3306196 | ($32.48) | $124.03 |
| 1505515 | 11/22/2018 6:05 PM | Inmate Bill Payment<br>Phone Time ($10.00)<br>Phone Time Tax ($0.83) | Phone Time Purchase #3309910 | ($10.83) | $113.20 |
| 1506434 | 11/24/2018 10:20 AM | Inmate Bill Payment<br>Phone Time ($40.00)<br>Phone Time Tax ($3.30) | Phone Time Purchase #3314285 | ($43.30) | $69.90 |
| 1506906 | 11/25/2018 3:40 PM | Inmate Bill Payment<br>Phone Time ($10.00)<br>Phone Time Tax ($0.83) | Phone Time Purchase #3318436 | ($10.83) | $59.07 |
| 1507607 | 11/26/2018 6:49 AM | Inmate Bill Payment<br>Commissary ($44.21)<br>Taxes ($2.10) | Order 1965 | ($46.31) | $12.76 |
| 1507683 | 11/26/2018 12:40 PM | Inmate Bill Payment<br>Phone Time ($10.00)<br>Phone Time Tax ($0.83) | Phone Time Purchase #3320927 | ($10.83) | $1.93 |
| 1507760 | 11/26/2018 6:38 PM | Inmate Add | | $150.00 | $151.93 |
| 1507810 | 11/26/2018 9:55 PM | Inmate Bill Payment<br>Phone Time ($10.00)<br>Phone Time Tax ($0.83) | Phone Time Purchase #3323208 | ($10.83) | $141.10 |
| 1508194 | 11/27/2018 5:11 PM | Inmate Bill Payment<br>Phone Time ($20.00)<br>Phone Time Tax ($1.65) | Phone Time Purchase #3324978 | ($21.65) | $119.45 |
| 1508217 | 11/27/2018 6:35 PM | Inmate Bill Payment<br>Phone Time ($10.00)<br>Phone Time Tax ($0.83) | Phone Time Purchase #3325357 | ($10.83) | $108.62 |
| 1508321 | 11/28/2018 4:10 AM | Inmate Bill Payment<br>Copies ($7.80) | | ($7.80) | $100.82 |
| 1508661 | 11/28/2018 6:52 AM | Inmate Bill Payment<br>Commissary ($71.99)<br>Taxes ($2.45) | Order 1967 | ($74.44) | $26.38 |
| 1509231 | 11/28/2018 1:51 PM | Inmate Bill Payment<br>Commissary $10.91<br>Taxes $0.90 | Credit 1968 | $11.81 | $38.19 |
| 1509233 | 11/28/2018 1:52 PM | Inmate Bill Payment<br>Commissary $10.91<br>Taxes $0.90 | Credit 1969 | $11.81 | $50.00 |
| 1509354 | 11/28/2018 4:45 PM | Inmate Bill Payment<br>Phone Time ($20.00)<br>Phone Time Tax ($1.65) | Phone Time Purchase #3327996 | ($21.65) | $28.35 |
| 1510740 | 12/1/2018 10:25 AM | Inmate Bill Payment | Phone Time Purchase #3336591 | ($10.83) | $17.52 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1511584 | 12/3/2018 1:28 AM | Inmate Bill Payment | | ($0.75) | $16.77 |
| | | Prn Med's  ($0.75) | | | |
| 1511601 | 12/3/2018 1:30 AM | Inmate Bill Payment | | ($0.75) | $16.02 |
| | | Prn Med's  ($0.75) | | | |
| 1512231 | 12/3/2018 6:57 AM | Inmate Bill Payment | Order 1970 | ($4.97) | $11.05 |
| | | Commissary  ($4.84) | | | |
| | | Taxes  ($0.13) | | | |
| 1512307 | 12/3/2018 10:20 AM | Inmate Bill Payment | Phone Time Purchase #3343570 | ($10.83) | $0.22 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1512488 | 12/3/2018 5:21 PM | Inmate Add | | $150.00 | $150.22 |
| 1512489 | 12/3/2018 5:24 PM | Inmate Add | | $50.00 | $200.22 |
| 1512522 | 12/3/2018 6:55 PM | Inmate Bill Payment | Phone Time Purchase #3345742 | ($32.48) | $167.74 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1513216 | 12/5/2018 4:24 AM | Inmate Bill Payment | | ($2.80) | $164.94 |
| | | Copies  ($2.80) | | | |
| 1513586 | 12/5/2018 6:53 AM | Inmate Bill Payment | Order 1972 | ($68.59) | $96.35 |
| | | Commissary  ($66.64) | | | |
| | | Taxes  ($1.95) | | | |
| 1513611 | 12/5/2018 9:10 AM | Inmate Bill Payment | | ($0.50) | $95.85 |
| | | Copies  ($0.50) | | | |
| 1513787 | 12/5/2018 5:10 PM | Inmate Bill Payment | Phone Time Purchase #3351980 | ($10.83) | $85.02 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1514821 | 12/8/2018 8:55 AM | Inmate Bill Payment | Phone Time Purchase #3360225 | ($64.95) | $20.07 |
| | | Phone Time  ($60.00) | | | |
| | | Phone Time Tax  ($4.95) | | | |
| 1516049 | 12/10/2018 6:57 AM | Inmate Bill Payment | Order 1973 | ($8.82) | $11.25 |
| | | Commissary  ($8.30) | | | |
| | | Taxes  ($0.52) | | | |
| 1516555 | 12/10/2018 1:15 PM | Inmate Bill Payment | Phone Time Purchase #3367537 | ($10.83) | $0.42 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1516744 | 12/10/2018 5:23 PM | Inmate Add | | $150.00 | $150.42 |
| 1516835 | 12/10/2018 9:30 PM | Inmate Bill Payment | Phone Time Purchase #3369700 | ($32.48) | $117.94 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1517816 | 12/12/2018 6:55 AM | Inmate Bill Payment | Order 1977 | ($38.78) | $79.16 |
| | | Commissary  ($38.78) | | | |
| 1517874 | 12/12/2018 11:05 AM | Inmate Bill Payment | Phone Time Purchase #3373445 | ($32.48) | $46.68 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1518785 | 12/14/2018 7:05 PM | Inmate Bill Payment | Phone Time Purchase #3381777 | ($43.30) | $3.38 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| | | Phone Time  ($40.00) | | | |
| | | Phone Time Tax  ($3.30) | | | |
| 1519941 | 12/17/2018 5:02 AM | Inmate Bill Payment | | ($1.69) | $1.69 |
| | | Copies  ($1.69) | | | |
| 1520411 | 12/17/2018 6:57 AM | Inmate Bill Payment | Order 1979 | ($1.69) | $0.00 |
| | | Commissary  ($1.67) | | | |
| | | Taxes  ($0.02) | | | |
| 1520730 | 12/17/2018 9:23 PM | Inmate Add | | $150.00 | $150.00 |
| 1520731 | 12/17/2018 9:30 PM | Inmate Bill Payment | | ($3.81) | $146.19 |
| | | Copies  ($3.81) | | | |
| 1520732 | 12/17/2018 9:30 PM | Inmate Bill Payment | | ($1.90) | $144.29 |
| | | Copies  ($1.90) | | | |
| 1520819 | 12/18/2018 8:45 AM | Inmate Bill Payment | Phone Time Purchase #3393379 | ($32.48) | $111.81 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1521864 | 12/19/2018 6:48 AM | Inmate Bill Payment | Order 1980 | ($51.12) | $60.69 |
| | | Commissary  ($49.70) | | | |
| | | Taxes  ($1.42) | | | |
| 1522358 | 12/20/2018 4:10 PM | Inmate Bill Payment | Phone Time Purchase #3401440 | ($54.13) | $6.56 |
| | | Phone Time  ($50.00) | | | |
| | | Phone Time Tax  ($4.13) | | | |
| 1523911 | 12/23/2018 5:54 PM | Inmate Add | | $150.00 | $156.56 |
| 1523914 | 12/23/2018 6:10 PM | Inmate Bill Payment | Phone Time Purchase #3411827 | ($32.48) | $124.08 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1523926 | 12/23/2018 6:40 PM | Inmate Bill Payment | Phone Time Purchase #3411943 | ($32.48) | $91.60 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1523942 | 12/23/2018 8:00 PM | Inmate Bill Payment | Phone Time Purchase #3412348 | ($32.48) | $59.12 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1524003 | 12/24/2018 8:16 AM | Inmate Add | | $100.00 | $159.12 |
| 1525007 | 12/26/2018 1:28 PM | Inmate Bill Payment | Order 1983 | ($47.75) | $111.37 |
| | | Commissary  ($46.61) | | | |
| | | Taxes  ($1.14) | | | |
| 1525133 | 12/26/2018 5:30 PM | Inmate Bill Payment | Phone Time Purchase #3422492 | ($32.48) | $78.89 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1525590 | 12/28/2018 2:10 PM | Inmate Bill Payment | Phone Time Purchase #3427775 | ($54.13) | $24.76 |
| | | Phone Time  ($50.00) | | | |
| | | Phone Time Tax  ($4.13) | | | |
| 1527308 | 12/31/2018 6:58 AM | Inmate Bill Payment | Order 1985 | ($23.85) | $0.91 |
| | | Commissary  ($23.65) | | | |
| | | Taxes  ($0.20) | | | |
| 1527853 | 12/31/2018 8:43 PM | Inmate Add | | $150.00 | $150.91 |
| 1528553 | 1/2/2019 12:01 PM | Inmate Bill Payment | Order 1987 | ($66.73) | $84.18 |

Detainee Spending History

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| | | Commissary  ($65.37) | | | |
| | | Taxes  ($1.36) | | | |
| 1528791 | 1/2/2019 5:55 PM | Inmate Bill Payment | Phone Time Purchase #3445101 | ($32.48) | $51.70 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1529033 | 1/3/2019 3:50 PM | Inmate Bill Payment | Phone Time Purchase #3447802 | ($43.30) | $8.40 |
| | | Phone Time  ($40.00) | | | |
| | | Phone Time Tax  ($3.30) | | | |
| 1529762 | 1/4/2019 8:13 PM | Inmate Add | | $50.00 | $58.40 |
| 1529769 | 1/4/2019 8:25 PM | Inmate Bill Payment | Phone Time Purchase #3452700 | ($54.13) | $4.27 |
| | | Phone Time  ($50.00) | | | |
| | | Phone Time Tax  ($4.13) | | | |
| 1530053 | 1/5/2019 7:48 PM | Inmate Add | | $50.00 | $54.27 |
| 1530195 | 1/6/2019 11:40 AM | Inmate Bill Payment | Phone Time Purchase #3457225 | ($21.65) | $32.62 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1530271 | 1/6/2019 2:55 PM | Inmate Bill Payment | Phone Time Purchase #3457872 | ($21.65) | $10.97 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1530917 | 1/7/2019 7:01 AM | Inmate Bill Payment | Order 1988 | ($10.62) | $0.35 |
| | | Commissary  ($10.44) | | | |
| | | Taxes  ($0.18) | | | |
| 1531302 | 1/7/2019 3:20 PM | Inmate Bill Payment | | ($0.18) | $0.17 |
| | | Dr. Visit  ($0.18) | | | |
| 1531377 | 1/7/2019 6:02 PM | Inmate Add | | $150.00 | $150.17 |
| 1531378 | 1/7/2019 6:10 PM | Inmate Bill Payment | | ($9.82) | $140.35 |
| | | Dr. Visit  ($9.82) | | | |
| 1531393 | 1/7/2019 6:55 PM | Inmate Bill Payment | Phone Time Purchase #3462184 | ($21.65) | $118.70 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1531754 | 1/8/2019 7:55 PM | Inmate Bill Payment | Phone Time Purchase #3465643 | ($32.48) | $86.22 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1531827 | 1/9/2019 12:43 AM | Inmate Bill Payment | | ($3.60) | $82.62 |
| | | Copies  ($3.60) | | | |
| 1532118 | 1/9/2019 6:39 AM | Inmate Bill Payment | Order 1992 | ($52.21) | $30.41 |
| | | Commissary  ($51.20) | | | |
| | | Taxes  ($1.01) | | | |
| 1532365 | 1/9/2019 11:43 PM | Inmate Bill Payment | | ($2.30) | $28.11 |
| | | Copies  ($2.30) | | | |
| 1532534 | 1/10/2019 5:35 PM | Inmate Bill Payment | Phone Time Purchase #3470892 | ($21.65) | $6.46 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1532653 | 1/11/2019 5:58 AM | Inmate Add | | $50.00 | $56.46 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1532786 | 1/11/2019 1:05 PM | Inmate Bill Payment | Phone Time Purchase #3473035 | ($43.30) | $13.16 |
| | | Phone Time ($40.00) | | | |
| | | Phone Time Tax ($3.30) | | | |
| 1532888 | 1/11/2019 4:30 PM | Inmate Bill Payment | Phone Time Purchase #3473821 | ($10.83) | $2.33 |
| | | Phone Time ($10.00) | | | |
| | | Phone Time Tax ($0.83) | | | |
| 1534098 | 1/14/2019 6:58 AM | Inmate Bill Payment | Order 1993 | ($1.04) | $1.29 |
| | | Commissary ($1.04) | | | |
| 1534469 | 1/14/2019 9:43 PM | Inmate Add | | $150.00 | $151.29 |
| 1534474 | 1/14/2019 9:55 PM | Inmate Bill Payment | Phone Time Purchase #3485078 | ($21.65) | $129.64 |
| | | Phone Time ($20.00) | | | |
| | | Phone Time Tax ($1.65) | | | |
| 1534605 | 1/15/2019 3:25 PM | Inmate Bill Payment | Phone Time Purchase #3486514 | ($64.95) | $64.69 |
| | | Phone Time ($60.00) | | | |
| | | Phone Time Tax ($4.95) | | | |
| 1535170 | 1/16/2019 6:57 AM | Inmate Bill Payment | Order 1994 | ($41.77) | $22.92 |
| | | Commissary ($40.97) | | | |
| | | Taxes ($0.80) | | | |
| 1537098 | 1/17/2019 5:10 PM | Inmate Bill Payment | Phone Time Purchase #3493187 | ($21.65) | $1.27 |
| | | Phone Time ($20.00) | | | |
| | | Phone Time Tax ($1.65) | | | |
| 1537122 | 1/17/2019 6:49 PM | Inmate Add | | $100.00 | $101.27 |
| 1537135 | 1/17/2019 7:10 PM | Inmate Bill Payment | Phone Time Purchase #3493804 | ($32.48) | $68.79 |
| | | Phone Time ($30.00) | | | |
| | | Phone Time Tax ($2.48) | | | |
| 1537467 | 1/18/2019 4:20 PM | Inmate Bill Payment | Phone Time Purchase #3496278 | ($43.30) | $25.49 |
| | | Phone Time ($40.00) | | | |
| | | Phone Time Tax ($3.30) | | | |
| 1538679 | 1/21/2019 6:53 AM | Inmate Bill Payment | Order 1995 | ($14.17) | $11.32 |
| | | Commissary ($14.04) | | | |
| | | Taxes ($0.13) | | | |
| 1538791 | 1/21/2019 6:39 PM | Inmate Add | | $150.00 | $161.32 |
| 1539135 | 1/22/2019 12:35 PM | Inmate Bill Payment | Phone Time Purchase #3507811 | ($21.65) | $139.67 |
| | | Phone Time ($20.00) | | | |
| | | Phone Time Tax ($1.65) | | | |
| 1539227 | 1/22/2019 1:02 PM | Inmate Bill Payment | | ($4.50) | $135.17 |
| | | Medical Admin Fee ($4.50) | | | |
| 1539273 | 1/22/2019 1:28 PM | Inmate Bill Payment | | ($0.80) | $134.37 |
| | | Copies ($0.80) | | | |
| 1539871 | 1/23/2019 6:57 AM | Inmate Bill Payment | Order 1997 | ($64.54) | $69.83 |
| | | Commissary ($62.40) | | | |
| | | Taxes ($2.14) | | | |
| 1539921 | 1/23/2019 10:20 AM | Bank Check | Per Request form dated 1/21/19 - Received 1/23/19 | ($2.00) | $67.83 |
| 1540201 | 1/23/2019 9:25 PM | Inmate Bill Payment | Phone Time Purchase #3513355 | ($10.83) | $57.00 |
| | | Phone Time ($10.00) | | | |
| | | Phone Time Tax ($0.83) | | | |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1540269 | 1/24/2019 8:55 AM | Inmate Bill Payment | Phone Time Purchase #3513719 | ($21.65) | $35.35 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1541192 | 1/25/2019 6:10 PM | Inmate Bill Payment | Phone Time Purchase #3519007 | ($32.48) | $2.87 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1542409 | 1/28/2019 7:09 AM | Inmate Bill Payment | Order 1998 | ($2.73) | $0.14 |
| | | Commissary  ($2.52) | | | |
| | | Taxes  ($0.21) | | | |
| 1542540 | 1/28/2019 10:47 AM | Inmate Bill Payment | | ($0.07) | $0.07 |
| | | Medical Admin Fee  ($0.07) | | | |
| 1542815 | 1/28/2019 6:35 PM | Inmate Add | | $150.00 | $150.07 |
| 1542816 | 1/28/2019 6:40 PM | Inmate Bill Payment | | ($2.93) | $147.14 |
| | | Medical Admin Fee  ($2.93) | | | |
| 1542841 | 1/28/2019 8:00 PM | Inmate Bill Payment | Phone Time Purchase #3529814 | ($21.65) | $125.49 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1543775 | 1/30/2019 6:51 AM | Inmate Bill Payment | Order 1999 | ($55.71) | $69.78 |
| | | Commissary  ($54.51) | | | |
| | | Taxes  ($1.20) | | | |
| 1543851 | 1/30/2019 9:45 AM | Inmate Bill Payment | Phone Time Purchase #3533966 | ($21.65) | $48.13 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1544677 | 1/31/2019 8:35 AM | Inmate Bill Payment | Phone Time Purchase #3536991 | ($21.65) | $26.48 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1544845 | 1/31/2019 3:35 PM | Inmate Bill Payment | Phone Time Purchase #3538127 | ($21.65) | $4.83 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1547607 | 2/4/2019 6:51 AM | Inmate Bill Payment | Order 2000 | ($3.74) | $1.09 |
| | | Commissary  ($3.45) | | | |
| | | Taxes  ($0.29) | | | |
| 1547632 | 2/4/2019 9:08 AM | Inmate Add | | $150.00 | $151.09 |
| 1548084 | 2/4/2019 5:00 PM | Inmate Bill Payment | Phone Time Purchase #3553538 | ($32.48) | $118.61 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1548596 | 2/5/2019 5:55 PM | Inmate Bill Payment | Phone Time Purchase #3557361 | ($10.83) | $107.78 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1549070 | 2/6/2019 6:57 AM | Inmate Bill Payment | Order 2001 | ($50.41) | $57.37 |
| | | Commissary  ($47.49) | | | |
| | | Taxes  ($2.92) | | | |
| 1550068 | 2/8/2019 6:10 PM | Inmate Bill Payment | Phone Time Purchase #3567581 | ($10.83) | $46.54 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1550134 | 2/8/2019 8:20 PM | Inmate Bill Payment | Phone Time Purchase #3568310 | ($10.83) | $35.71 |

Detainee Spending History

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1550437 | 2/9/2019 6:00 PM | Inmate Bill Payment | Phone Time Purchase #3571019 | ($21.65) | $14.06 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1551355 | 2/11/2019 6:53 AM | Inmate Bill Payment | Order 2002 | ($13.71) | $0.35 |
| | | Commissary  ($13.15) | | | |
| | | Taxes  ($0.56) | | | |
| 1551364 | 2/11/2019 8:16 AM | Inmate Add | | $150.00 | $150.35 |
| 1551456 | 2/11/2019 1:45 PM | Inmate Bill Payment | Phone Time Purchase #3576387 | ($21.65) | $128.70 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1551579 | 2/11/2019 9:55 PM | Inmate Bill Payment | Phone Time Purchase #3578865 | ($43.30) | $85.40 |
| | | Phone Time  ($40.00) | | | |
| | | Phone Time Tax  ($3.30) | | | |
| 1553075 | 2/13/2019 6:51 AM | Inmate Bill Payment | Order 2004 | ($63.14) | $22.26 |
| | | Commissary  ($61.39) | | | |
| | | Taxes  ($1.75) | | | |
| 1553145 | 2/13/2019 10:55 AM | Inmate Bill Payment | Phone Time Purchase #3582982 | ($21.65) | $0.61 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1555855 | 2/18/2019 6:53 AM | Inmate Bill Payment | Order 2005 | ($0.32) | $0.29 |
| | | Commissary  ($0.30) | | | |
| | | Taxes  ($0.02) | | | |
| 1557033 | 2/18/2019 7:02 PM | Inmate Add | | $150.00 | $150.29 |
| 1557038 | 2/18/2019 7:20 PM | Inmate Bill Payment | Phone Time Purchase #3603842 | ($54.13) | $96.16 |
| | | Phone Time  ($50.00) | | | |
| | | Phone Time Tax  ($4.13) | | | |
| 1557748 | 2/20/2019 6:37 AM | Inmate Bill Payment | Order 2009 | ($41.00) | $55.16 |
| | | Commissary  ($40.12) | | | |
| | | Taxes  ($0.88) | | | |
| 1557767 | 2/20/2019 9:20 AM | Inmate Bill Payment | Phone Time Purchase #3608367 | ($54.13) | $1.03 |
| | | Phone Time  ($50.00) | | | |
| | | Phone Time Tax  ($4.13) | | | |
| 1558106 | 2/21/2019 8:44 AM | Inmate Add | | $50.00 | $51.03 |
| 1558122 | 2/21/2019 9:20 AM | Inmate Bill Payment | Phone Time Purchase #3611692 | ($32.48) | $18.55 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1558262 | 2/21/2019 6:05 PM | Inmate Bill Payment | Phone Time Purchase #3613758 | ($10.83) | $7.72 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1559858 | 2/25/2019 6:52 AM | Inmate Bill Payment | Order 2011 | ($7.40) | $0.32 |
| | | Commissary  ($7.03) | | | |
| | | Taxes  ($0.37) | | | |
| 1559887 | 2/25/2019 11:00 AM | Inmate Add | | $150.00 | $150.32 |
| 1560012 | 2/25/2019 6:10 PM | Inmate Bill Payment | Phone Time Purchase #3629615 | ($21.65) | $128.67 |

Detainee Spending History

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1560521 | 2/26/2019 12:10 PM | Inmate Bill Payment | Phone Time Purchase #3631870 | ($32.48) | $96.19 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1561101 | 2/27/2019 6:51 AM | Inmate Bill Payment | Order 2013 | ($48.89) | $47.30 |
| | | Commissary  ($48.14) | | | |
| | | Taxes  ($0.75) | | | |
| 1561541 | 2/28/2019 1:15 PM | Inmate Bill Payment | Phone Time Purchase #3639745 | ($32.48) | $14.82 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1562379 | 3/1/2019 7:50 PM | Inmate Bill Payment | Phone Time Purchase #3646235 | ($10.83) | $3.99 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1563826 | 3/4/2019 6:52 AM | Inmate Bill Payment | Order 2016 | ($3.84) | $0.15 |
| | | Commissary  ($3.75) | | | |
| | | Taxes  ($0.09) | | | |
| 1564145 | 3/4/2019 6:50 PM | Inmate Add | | $150.00 | $150.15 |
| 1564387 | 3/5/2019 1:20 PM | Inmate Bill Payment | Phone Time Purchase #3660490 | ($21.65) | $128.50 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1564398 | 3/5/2019 1:40 PM | Inmate Bill Payment | Phone Time Purchase #3660549 | ($21.65) | $106.85 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1565150 | 3/6/2019 6:52 AM | Inmate Bill Payment | Order 2017 | ($40.46) | $66.39 |
| | | Commissary  ($39.92) | | | |
| | | Taxes  ($0.54) | | | |
| 1565734 | 3/8/2019 8:41 AM | Inmate Bill Payment | Phone Time Purchase #3668129 | ($32.48) | $33.91 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1565746 | 3/8/2019 8:41 AM | Inmate Bill Payment | Phone Time Purchase #3668305 | ($32.48) | $1.43 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1566164 | 3/8/2019 11:50 AM | Inmate Bill Payment | Order 2021 | ($0.16) | $1.27 |
| | | Commissary  ($0.15) | | | |
| | | Taxes  ($0.01) | | | |
| 1566865 | 3/9/2019 8:13 PM | Inmate Add | | $20.00 | $21.27 |
| 1566874 | 3/9/2019 8:30 PM | Inmate Bill Payment | Phone Time Purchase #3677956 | ($10.83) | $10.44 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1567749 | 3/11/2019 6:15 AM | Inmate Note | ****** Closed Account ****** | | $10.44 |
| 1567872 | 3/11/2019 6:25 AM | Inmate Note | ****** Opened Account ****** | | $10.44 |
| 1568084 | 3/11/2019 11:11 AM | Inmate Add | | $150.00 | $160.44 |
| 1568164 | 3/11/2019 1:20 PM | Inmate Bill Payment | Phone Time Purchase #3683096 | ($21.65) | $138.79 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1568216 | 3/11/2019 3:00 PM | Inmate Bill Payment | Phone Time Purchase #3683439 | ($43.30) | $95.49 |
| | | Phone Time ($40.00) | | | |
| | | Phone Time Tax ($3.30) | | | |
| 1569659 | 3/13/2019 6:47 AM | Inmate Bill Payment | Order 2023 | ($49.46) | $46.03 |
| | | Commissary ($48.30) | | | |
| | | Taxes ($1.16) | | | |
| 1570033 | 3/13/2019 3:52 PM | Inmate Bill Payment | Phone Time Purchase #3690910 | ($21.65) | $24.38 |
| | | Phone Time ($20.00) | | | |
| | | Phone Time Tax ($1.65) | | | |
| 1570435 | 3/14/2019 1:55 PM | Inmate Bill Payment | Phone Time Purchase #3693930 | ($21.65) | $2.73 |
| | | Phone Time ($20.00) | | | |
| | | Phone Time Tax ($1.65) | | | |
| 1572367 | 3/18/2019 10:18 AM | Inmate Add | | $150.00 | $152.73 |
| 1572579 | 3/18/2019 2:00 PM | Inmate Bill Payment | Phone Time Purchase #3708672 | ($43.30) | $109.43 |
| | | Phone Time ($40.00) | | | |
| | | Phone Time Tax ($3.30) | | | |
| 1573031 | 3/19/2019 9:39 AM | Inmate Bill Payment | | ($10.00) | $99.43 |
| | | Dr. Visit ($10.00) | | | |
| 1574211 | 3/20/2019 6:56 AM | Inmate Bill Payment | Order 2026 | ($64.44) | $34.99 |
| | | Commissary ($63.29) | | | |
| | | Taxes ($1.15) | | | |
| 1574463 | 3/20/2019 12:20 PM | Inmate Bill Payment | Phone Time Purchase #3715544 | ($32.48) | $2.51 |
| | | Phone Time ($30.00) | | | |
| | | Phone Time Tax ($2.48) | | | |
| 1576282 | 3/22/2019 10:01 AM | Inmate Bill Payment | Order 2029 | ($2.23) | $0.28 |
| | | Commissary ($2.23) | | | |
| 1577433 | 3/25/2019 10:40 AM | Inmate Add | | $150.00 | $150.28 |
| 1577462 | 3/25/2019 12:15 PM | Inmate Bill Payment | Phone Time Purchase #3733318 | ($21.65) | $128.63 |
| | | Phone Time ($20.00) | | | |
| | | Phone Time Tax ($1.65) | | | |
| 1579482 | 3/27/2019 6:56 AM | Inmate Bill Payment | Order 2030 | ($72.71) | $55.92 |
| | | Commissary ($70.61) | | | |
| | | Taxes ($2.10) | | | |
| 1579642 | 3/27/2019 12:10 PM | Inmate Bill Payment | Phone Time Purchase #3740252 | ($54.13) | $1.79 |
| | | Phone Time ($50.00) | | | |
| | | Phone Time Tax ($4.13) | | | |
| 1580666 | 3/28/2019 9:37 PM | Inmate Add | | $50.00 | $51.79 |
| 1581654 | 3/29/2019 2:55 PM | Inmate Bill Payment | Phone Time Purchase #3747509 | ($32.48) | $19.31 |
| | | Phone Time ($30.00) | | | |
| | | Phone Time Tax ($2.48) | | | |
| 1582967 | 4/1/2019 11:28 AM | Inmate Add | | $150.00 | $169.31 |
| 1584855 | 4/3/2019 6:41 AM | Inmate Bill Payment | Order 2032 | ($113.02) | $56.29 |
| | | Commissary ($110.95) | | | |
| | | Taxes ($2.07) | | | |

Detainee Spending History

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1585320 | 4/3/2019 4:30 PM | Inmate Bill Payment | Phone Time Purchase #3765599 | ($32.48) | $23.81 |
| | | Phone Time  ($30.00) | | | |
| | | Phone Time Tax  ($2.48) | | | |
| 1586472 | 4/5/2019 9:00 AM | Inmate Bill Payment | Order 2033 | ($11.40) | $12.41 |
| | | Commissary  ($11.16) | | | |
| | | Taxes  ($0.24) | | | |
| 1588070 | 4/7/2019 4:24 PM | Inmate Bill Payment | | ($5.00) | $7.41 |
| | | Nurse Visit  ($5.00) | | | |
| 1589079 | 4/8/2019 5:18 AM | Inmate Add | | $150.00 | $157.41 |
| 1589518 | 4/8/2019 3:30 PM | Inmate Bill Payment | Phone Time Purchase #3782843 | ($21.65) | $135.76 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1591044 | 4/10/2019 6:58 AM | Inmate Bill Payment | Order 2035 | ($107.13) | $28.63 |
| | | Commissary  ($104.78) | | | |
| | | Taxes  ($2.35) | | | |
| 1593251 | 4/12/2019 8:33 AM | Inmate Bill Payment | Order 2037 | ($5.70) | $22.93 |
| | | Commissary  ($5.70) | | | |
| 1593871 | 4/13/2019 9:37 PM | Inmate Bill Payment | | ($0.20) | $22.73 |
| | | Copies  ($0.20) | | | |
| 1594716 | 4/15/2019 11:21 AM | Inmate Add | | $150.00 | $172.73 |
| 1595179 | 4/16/2019 1:15 PM | Inmate Bill Payment | Phone Time Purchase #3809155 | ($10.83) | $161.90 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1596596 | 4/17/2019 6:53 AM | Inmate Bill Payment | Order 2038 | ($117.32) | $44.58 |
| | | Commissary  ($114.62) | | | |
| | | Taxes  ($2.70) | | | |
| 1597344 | 4/18/2019 3:05 PM | Inmate Bill Payment | Phone Time Purchase #3815524 | ($21.65) | $22.93 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1597360 | 4/18/2019 3:35 PM | Inmate Bill Payment | Phone Time Purchase #3815641 | ($10.83) | $12.10 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |
| 1597976 | 4/19/2019 8:32 AM | Inmate Bill Payment | Order 2039 | ($12.01) | $0.09 |
| | | Commissary  ($11.63) | | | |
| | | Taxes  ($0.38) | | | |
| 1599126 | 4/22/2019 11:00 AM | Inmate Add | | $150.00 | $150.09 |
| 1600619 | 4/24/2019 6:53 AM | Inmate Bill Payment | Order 2041 | ($115.51) | $34.58 |
| | | Commissary  ($112.50) | | | |
| | | Taxes  ($3.01) | | | |
| 1600692 | 4/24/2019 10:25 AM | Inmate Bill Payment | Phone Time Purchase #3833243 | ($21.65) | $12.93 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1602063 | 4/26/2019 8:55 AM | Inmate Bill Payment | Order 2042 | ($12.39) | $0.54 |
| | | Commissary  ($11.84) | | | |
| | | Taxes  ($0.55) | | | |
| 1603145 | 4/29/2019 6:09 AM | Inmate Add | | $150.00 | $150.54 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | Balance |
|---|---|---|---|---|---|
| 1603514 | 4/29/2019 11:15 AM | Inmate Bill Payment | Phone Time Purchase #3849119 | ($43.30) | $107.24 |
| | | Phone Time  ($40.00) | | | |
| | | Phone Time Tax  ($3.30) | | | |
| 1605946 | 5/1/2019 6:34 AM | Inmate Bill Payment | Order 2043 | ($62.65) | $44.59 |
| | | Commissary  ($60.47) | | | |
| | | Taxes  ($2.18) | | | |
| 1606606 | 5/2/2019 11:35 AM | Inmate Bill Payment | Phone Time Purchase #3858501 | ($21.65) | $22.94 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1606638 | 5/2/2019 12:50 PM | Inmate Bill Payment | Phone Time Purchase #3858749 | ($21.65) | $1.29 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1613573 | 5/6/2019 7:00 AM | Inmate Add | | $150.00 | $151.29 |
| 1613766 | 5/6/2019 10:10 AM | Inmate Bill Payment | Phone Time Purchase #3871608 | ($21.65) | $129.64 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1614161 | 5/6/2019 2:05 PM | Inmate Bill Payment | Phone Time Purchase #3872314 | ($21.65) | $107.99 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1614609 | 5/7/2019 2:00 PM | Inmate Bill Payment | Phone Time Purchase #3875429 | ($21.65) | $86.34 |
| | | Phone Time  ($20.00) | | | |
| | | Phone Time Tax  ($1.65) | | | |
| 1615583 | 5/8/2019 6:56 AM | Inmate Bill Payment | Order 2045 | ($75.07) | $11.27 |
| | | Commissary  ($73.33) | | | |
| | | Taxes  ($1.74) | | | |
| 1615929 | 5/9/2019 11:27 AM | Inmate Add | | $50.00 | $61.27 |
| 1616301 | 5/9/2019 9:00 PM | Inmate Bill Payment | Phone Time Purchase #3883485 | ($10.83) | $50.44 |
| | | Phone Time  ($10.00) | | | |
| | | Phone Time Tax  ($0.83) | | | |

FOREVER
USA

MAY 17 2019
Barn Swallow 2016

US District Court
211 W Ferguson
Tyler Texas 75702

Hank Yus 6:18cr16
101 E McMuln
Longview TX 75601